UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------ x
:
:
THE NORTH FACE APPAREL CORP., a Delaware :
Corporation; and PRL USA HOLDINGS, INC., a Delaware :
Corporation, : **ORDER REGULATING**
: **PROCEEDINGS**
Plaintiffs, :
: 10 Civ. 1630 (AKH)
-against- :
:
:
FUJIAN SHARING IMPORT & EXPORT LTD. CO. d/b/a :
B2BSharing.com, DONGPING LIU a/k/a DONG PING LIU, :
YUAN CHEN, ANDY HUANG, MIN CHEN, CAI XIAN :
SHENG, MICHAEL LIN, LI MING WANG, FANG
CHENG, LIN WEIXIAN, ZHOU CHANG, LAIKE
ALHASSAN, PP JINBO, JERRY URBEN, HUNAG
YANXIA, WANG ZHAO HUI, JOHN DOES 1-100, JANE
DOES 1-100, and XYZ COMPANIES 1-100,

Defendants.
------------------------------------------------------------------ x
ALVIN K. HELLERSTEIN, U.S.D.J.:

      This Order modifies the Temporary Restraining Order issued in the above-captioned case on March 2, 2010.

      Oral argument is scheduled for 10:00 a.m. on March 16, 2010. Defendants' answering papers, if any, shall be filed with the Clerk of the Court and served upon Plaintiffs' attorneys by 3:00 p.m. on March 9, 2010. Plaintiffs' reply papers, if any, are due by noon on March 15, 2010.

      SO ORDERED.

Dated:   March 4, 2010
          New York, New York

                                        ALVIN K. HELLERSTEIN
                                        United States District Judge

[USDC SDNY / DOCUMENT / ELECTRONICALLY FILED / DOC #: ___ / DATE FILED 3/16/10]

1