Bond# 10BSBFR5698

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

THE NORTH FACE APPAREL CORP., a Delaware Corporation;
_____
                                        Plaintiff

vs.

FUJIAN SHARING IMPORT & EXPORT LTD. CO.,
d/b/a B2BSHARING.COM: DONGPING LIU a/k/a
DONG PING LIU: YUAN CHEN ET AL.,
_____
                                        Defendants

TEMPORARY RESTRAINING ORDER &
SEIZURE BOND

CIVL ACTION NO. 10 CIV 1630

WHEREAS, by Order of the above entitled Court, Plaintiff _____, was required to file an undertaking in the sum of _____ Twenty Five Thousand and No/100-- ($25,000.00) _____DOLLARS as a condition for a Temporary Restraining Order & Seizure to be in effect restraining and enjoining the above named Defendant __s__, from the commission of certain acts as more fully set forth in said order.

NOW, THEREFORE, HARTFORD FIRE INSURANCE COMPANY _____, a corporation organized and existing under the laws of the State of __CT__ and authorized to transact the business of Surety, as Surety, in consideration of the premises and issuance of said Temporary Restraining Order & Seizure does hereby undertake to pay all costs and disbursements that may be decreed to the Defendant __s__ and such damages not exceeding the amount of _____ Twenty Five Thousand and No/100--($25,000.00) _____
DOLLARS as the Defendant __s__ may sustain by reason of said Temporary Restraining Order & Seizure if the same be wrongfully obtained and without sufficient cause.

IN WITNESS WHEREOF, we have set our hand and seal the __10th__ day of __March__, __2010__.

HARTFORD FIRE INSURANCE COMPANY

BY: _____
    Lourdes Scheel - Attorney-in-Fact

## ACKNOWLEDGMENT OF PRINCIPAL - IF A CORPORATION

STATE OF NEW YORK } ss
COUNTY OF

On this .................... day of ................, ........ before me personally appeared

........................................................... to be known, who, being by me duly sworn, did depose and

say; that he/she resides at ..............................................................., that he/she is the ..................

President of ........................................................... the corporation described in and which executed the within insurance instrument; that he/she knows the seal of said corporation; that the seal affixed to said instrument is such corporate seal; that is was so affixed by the Board of Directors of said corporation; and that he/she signed his/her name thereto by like order.

..................................................................

## ACKNOWLEDGMENT OF PRINCIPAL - IF INDIVIDUAL OR FIRM

STATE OF NEW YORK } ss
COUNTY OF

On this .................... day of ................, ........ before me personally appeared

........................................................... to me know to be (the individual) (one of the firm

of ...........................................), described in and who executed the within instrument and he/she thereupon acknowledged to me that he/she executed the same (as the act and deed of said firm).

..................................................................

## ACKNOWLEDGMENT OF SURETY COMPANY

STATE OF New York } ss
COUNTY OF New York

On this March 10, 2010, before me personally came Lourdes Scheel ...............

to me known, who, being by me duly sworn, did depose and say; that he/she resides in

New York, NY ...............; that he/she is the Attorney-in-Fact of the Hartford Fire Insurance Company ............... the corporation described in which executed the above instrument; that he/she knows the seal of said corporation; that the seal affixed to said instrument is such corporate seal; that is was so affixed by the Board of Directors of said corporation; and that he/she signed his/her name thereto by like order; and the affiant did further depose and say that the Superintendent of Insurance of the State of New York, has, pursuant to Section 1111 of the Insurance Law of the State of New York, issued to Hartford Fire Insurance Company ............... his/her certificate of qualification evidencing the qualification of said Company and its sufficiency under any law of the State of New York as surety and guarantor, and the propriety of accepting and approving it as such; and that such certificate has not been revoked.

*[Signature]*
Notary Public

KAREN McMULLIN
Notary Public, State of New York
No. 01MC2634575
Qualified in Queens County
Certificate Filed in New York County
Commission Expires March 30, 2011

# POWER OF ATTORNEY

*Direct Inquiries/Claims to:*
**THE HARTFORD**
BOND, T-4
P.O. BOX 2103, 690 ASYLUM AVENUE
HARTFORD, CONNECTICUT 06115
*call:* **888-266-3488** *or fax:* **860-757-5835)**

**KNOW ALL PERSONS BY THESE PRESENTS THAT:**   Agency Code: 10   257086

| | |
|---|---|
| [X] | **Hartford Fire Insurance Company**, a corporation duly organized under the laws of the State of Connecticut |
| [ ] | **Hartford Casualty Insurance Company**, a corporation duly organized under the laws of the State of Indiana |
| [ ] | **Hartford Accident and Indemnity Company**, a corporation duly organized under the laws of the State of Connecticut |
| [ ] | **Hartford Underwriters Insurance Company**, a corporation duly organized under the laws of the State of Connecticut |
| [ ] | **Twin City Fire Insurance Company**, a corporation duly organized under the laws of the State of Indiana |
| [ ] | **Hartford Insurance Company of Illinois**, a corporation duly organized under the laws of the State of Illinois |
| [ ] | **Hartford Insurance Company of the Midwest**, a corporation duly organized under the laws of the State of Indiana |
| [ ] | **Hartford Insurance Company of the Southeast**, a corporation duly organized under the laws of the State of Florida |

having their home office in Hartford, Connecticut (hereinafter collectively referred to as the "Companies") do hereby make, constitute and appoint, **up to the amount of** UNLIMITED     :
PETER QUINN, REBECCA C. SHALHOUB OF MORRISTOWN NJ, MACKEY OF STONEHAM MA, DAVID J. SMITH, LOURDES SCHEEL OF NEW YORK, NEW YORK

their true and lawful Attorney(s)-in-Fact, each in their separate capacity if more than one is named above, to sign its name as surety(ies) only as delineated above by [X], and to execute, seal and acknowledge any and all bonds, undertakings, contracts and other written instruments in the nature thereof, on behalf of the Companies in their business of guaranteeing the fidelity of persons, guaranteeing the performance of contracts and executing or guaranteeing bonds and undertakings required or permitted in any actions or proceedings allowed by law.

**In Witness Whereof**, and as authorized by a Resolution of the Board of Directors of the Companies on January 22, 2004, the Companies have caused these presents to be signed by its Assistant Vice President and its corporate seals to be hereto affixed, duly attested by its Assistant Secretary. Further, pursuant to Resolution of the Board of Directors of the Companies, the Companies hereby unambiguously affirm that they are and will be bound by any mechanically applied signatures applied to this Power of Attorney.



Scott Sadowsky, Assistant Secretary                                             M. Ross Fisher, Assistant Vice President

STATE OF CONNECTICUT }
                     } ss.   Hartford
COUNTY OF HARTFORD   }

On this 3rd day of March, 2008, before me personally came M. Ross Fisher, to me known, who being by me duly sworn, did depose and say: that he resides in the County of Hartford, State of Connecticut; that he is the Assistant Vice President of the Companies, the corporations described in and which executed the above instrument; that he knows the seals of the said corporations; that the seals affixed to the said instrument are such corporate seals; that they were so affixed by authority of the Boards of Directors of said corporations and that he signed his name thereto by like authority.



Scott E. Paseka
Notary Public
My Commission Expires October 31, 2012

**CERTIFICATE**

I, the undersigned, Assistant Vice President of the Companies, DO HEREBY CERTIFY that the above and foregoing is a true and correct copy of the Power of Attorney executed by said Companies, which is still in full force effective as of March 10, 2010
Signed and sealed at the City of Hartford.



Gary W. Stumper, Assistant Vice President

POA 2008

# HARTFORD FIRE INSURANCE COMPANY

## Hartford, Connecticut

*Financial Statement, June 30, 2009*
(Statutory Basis)

| ASSETS | | LIABILITIES | |
|---|---:|---|---:|
| U.S. Government Bonds | $ 125,016,333 | Reserve for Claims and Claim Expense | $ 7,064,256,602 |
| Bonds of Other Governments | 123,127,543 | Reserve for Unearned Premiums | 2,027,367,369 |
| State, County Municipal Miscellaneous Bonds | 12,438,446,143 | Reserve for Taxes, License and Fees | 63,823,512 |
| Stocks | 5,598,297,887 | Miscellaneous Liabilities | 2,244,920,285 |
| Short Term Investments | 207,907,646 | **Total Liabilities** | $ 11,400,367,768 |
| | $ 18,492,795,552 | | |
| Real Estate | $ 117,083,484 | Capital Paid In    $ 54,740,000 | |
| Cash | 195,950,778 | Surplus                 12,811,993,098 | |
| Agents' Balances (Under 90 Day) | 2,772,781,799 | | |
| Other Invested Assets | 466,912,947 | **Surplus as regards Policyholders** | $ 12,866,733,098 |
| Miscellaneous | 2,221,576,306 | Total Liabilities, Capital | |
| **Total Admitted Assets** | $ 24,267,100,866 | and Surplus | $ 24,267,100,866 |

STATE OF CONNECTICUT  
COUNTY OF HARTFORD    } SS.  
CITY OF HARTFORD

M. Ross Fisher, Assistant Vice President, and Patricia A. Murrone, Assistant Secretary of the Hartford Fire Insurance Company, being duly sworn, each deposes and say that the foregoing is a true and correct statement of the said company's financial condition as of June 30, 2009.

Subscribed and sworn to before me
this 21st day of September, 2009.

*Nora M. Stranko*
Nora M. Stranko
Notary Public
My Commission Expires March 31, 2013



*M. Ross Fisher*, Assistant Vice President

*Patricia A. Murrone*, Assistant Secretary

**Form CS-19-37 HF**   printed in U.S.A.

# CERTIFICATE OF SOLVENCY UNDER SECTION 1111 OF THE NEW YORK INSURANCE LAW

## STATE OF NEW YORK

## INSURANCE DEPARTMENT

It is hereby certified that

**Hartford Fire Insurance Company**
**of Hartford, Connecticut**

a corporation organized under the laws of the State of Connecticut, and duly authorized to transact the business of insurance in this State, is qualified to become surety or guarantor on all bonds, undertakings, recognizances, guaranties and other obligations required or permitted by law; and that the said corporation is possessed of a capital and surplus including gross paid in and contributed surplus and unassigned funds (surplus) aggregating the sum of $12,491,457,229 (Capital $55,320,000) as is shown by its sworn financial statement for the quarter ended December 31, 2008 on file in this Department, prior to audit.

The said corporation cannot lawfully expose itself to loss on any one risk or hazard to an amount exceeding 10% of its surplus to policyholders unless it shall be protected in excess of that amount in the manner provided in Section 4118 of the Insurance Law of this State.



In Witness Whereof, I have hereunto set my hand and affixed the official seal of this Department at the City of Albany this 19th day of March, 2009.

Eric R. Dinallo
Superintendent of Insurance

By *[signature]*

Clark J. Williams
Special Deputy Superintendent

http://www.ins.state.ny.us