UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

THE NORTH FACE APPAREL CORP. and PRL
HOLDINGS, INC.
                Plaintiffs,

v.

FUJIAN SHARING IMPORT & EXPORT LTD. CO,
et al
                Defendants.

10-CIV-1630 (AKH)

**SUPPLEMENTAL
DECLARATION OF
PUBLIC INTEREST REGISTRY**

DAVID W. MAHER declares under penalty of perjury under the laws of the United States of America, pursuant to 28 U.S.C. § 1746, that the following is true and correct:

1.      I am over 18 years of age and have personal knowledge of the facts set forth herein, and if asked, could competently testify to the same. I am Senior Vice President - Law & Policy, at Public Interest Registry ("PIR").

2.      On June 2, 2010, I attended the GoDaddy Summit, an industry conference that was attended by registrar and registry lawyers. At this conference, I spoke to an executive from GoDaddy.com. In my discussions with this executive from GoDaddy.com, I learned that GoDaddy.com was unaware of the Court Orders in this case.

3.      As a result, I forwarded the December 2, 2010 and December 20, 2010 Orders to the eight registrars for the domain names at issue. True and correct copies of the e-mails that I sent to the registrars are attached as Exhibit A.

4.      Since then, I have received responses from each of the eight registrars for the domain names at issue. Based on the correspondence I have received from the registrars and an Internet search of the domain names, seven of the eight registrars for the domain names at issue have locked or disabled the domain names under their control. PIR's counsel provided Plaintiffs'

counsel's contact information to any registrars seeking additional instructions. True and correct

copies of the e-mails sent from PIR's counsel are attached as Exhibit B.

    5.    Prior to the GoDaddy Summit, I believed that Plaintiffs had been in contact with

the registrars for the domain names at issue in this case based on Plaintiffs' representations in its

correspondence and pleadings, including their representation that:

> It is especially vital for fulfilling the goal of the Court's Orders that
> PIR and other registries be required to cooperate in situations such
> as these, where Plaintiffs are not in a position to use other avenues
> to prevent Defendants' online counterfeiting and infringing
> activities, as the majority of the registrars and ISP's which fall
> under the scope of the Court's Orders are located outside of the
> United States and have not respected the Court's Orders.[1]

---

[1] Memorandum of Law in Support of Plaintiffs' Application for an Order to Show Cause Why Public Interest
Registry Should Not Be Held in Contempt of this Court's December 2, 2010 and December 20, 2010 Orders, p. 18.

I declare under penalty of perjury that the foregoing is true and correct.

Dated:

11 June 2011

David W. Maher

# Exhibit A

# Redacted

**From:** Michelle Coon [mailto:mcoon@pir.org]
**Sent:** Thursday, June 02, 2011 7:30 PM
**To:** cjones@godaddy.com
**Cc:** David W. Maher
**Subject:** North Face
**Importance:** High

Dear Christine

Attached are copies of two orders entered by U.S. Federal District Court for the Southern District of New York identifying the following domain names of which you are the registrar of record:

thenorthfaceshoes.org
northfaceshoes.org

The orders, among other things, direct the "...individual registrars holding or listing one or more of the domain names owned and controlled by Defendants in connection with their counterfeiting activities . . . to disable these domain names and make them inactive, and to transfer any domain names incorporating the Plaintiffs' trademarks or mark confusingly similar thereto . . . to the ownership and control of Plaintiffs, through the registrar of Plaintiffs' choosing, unless Plaintiffs elect that any individual domain name be released rather than transferred;"

Yours very truly,
Public Interest Registry
By:


David W. Maher
Senior Vice President - Law & Policy
Public Interest Registry
+1 312 375 4849

1

# **Redacted**

**From:** Michelle Coon [mailto:mcoon@pir.org]
**Sent:** Thursday, June 02, 2011 7:38 PM
**To:** legal@melbourneit.com.au; icann-legal@melbourneit.com.au
**Cc:** David W. Maher
**Subject:** FW: North Face
**Importance:** High


Dear General Counsel:

Attached are copies of two orders entered by U.S. Federal District Court for the Southern District of New York identifying the following domain names of which you are the registrar of record:

cheapnorthfacediscount.org
cheapnorthfacesale.org
northfacediscounted.org
northfacejacketssale.org
northfacesalesonline.org
poloralphlaurenfactorystore.org
poloralphlaurenfrance.org
poloralphlaurensverige.org
ralphlaurenfrance.org
thenorthfacenz.org
thenorthfaceuk.org


The orders, among other things, direct the "… individual registrars holding or listing one or more of the domain names owned and controlled by Defendants in connection with their counterfeiting activities … to disable these domain names and make them inactive, and to transfer any domain names incorporating the Plaintiffs' trademarks or mark confusingly similar thereto … to the ownership and

control of Plaintiffs, through the registrar of Plaintiffs' choosing, unless Plaintiffs elect that any individual domain name be released rather than transferred;"

Yours very truly,
Public Interest Registry
By:


David W. Maher
Senior Vice President - Law & Policy
Public Interest Registry
+1 312 375 4849

2

# **Redacted**

**From:** Michelle Coon [mailto:mcoon@pir.org]
**Sent:** Thursday, June 02, 2011 7:44 PM
**To:** jimmy@bizcn.com; asics@bizcn.com; yangmx@bizcn.com; contact@bizcn.com
**Cc:** David W. Maher
**Subject:** North Face
**Importance:** High

Dear Weijie Zhang:

Attached are copies of two orders entered by U.S. Federal District Court for the Southern District of New York identifying the following domain names of which you are the registrar of record

    northface-jackets.org
    northfacejacketsonsale.org
    northfacewholesale.org
    outdooronline.org
    thenorthfaceoutlets.org
    usoutdoors.org
    wholesalenorthface.org

The orders, among other things, direct the "...individual registrars holding or listing one or more of the domain names owned and controlled by Defendants in connection with their counterfeiting activities ... to disable these domain names and make them inactive, and to transfer any domain names incorporating the Plaintiffs' trademarks or mark confusingly similar thereto      to the ownership and control of Plaintiffs, through the registrar of Plaintiffs' choosing, unless Plaintiffs elect that any individual domain name be released rather than transferred."

Yours very truly,
Public Interest Registry
By:

1

David W. Maher
Senior Vice President - Law & Policy
Public Interest Registry
+1 312 375 4849

# Redacted

**From:** Michelle Coon [mailto:mcoon@ipr.org]
**Sent:** Thursday, June 02, 2011 7:52 PM
**To:** wjuan@hichina.com; dongxy@hichina.com; zhangxd@hichina.com
**Cc:** David W. Maher
**Subject:** North Face
**Importance:** High

Dear Jane Wang:

Attached are copies of two orders entered by U.S. Federal District Court for the Southern District of New York identifying the following domain names of which you are the registrar of record:

nikeireland.org
northfaceonsale.org
northface-outlet.org
northfaces.org
northfacesoutlet.org
northfacesale.org
pololacoste.org
shoxnike.org
thenorthface-outlet.org

The orders, among other things, direct the "... individual registrars holding or listing one or more of the domain names owned and controlled by Defendants in connection with their counterfeiting activities to disable these domain names and make them inactive, and to transfer any domain names incorporating the Plaintiffs' trademarks or mark confusingly similar thereto ... to the ownership and control of Plaintiffs, through the registrar of Plaintiffs' choosing, unless Plaintiffs elect that any individual domain name be released rather than transferred;"

1

Yours very truly,
Public Interest Registry
By

David W. Maher
Senior Vice President - Law & Policy
Public Interest Registry
+1 312 375 4849

# **Redacted**

**From:** Michelle Coon [mailto:mcoon@pir.org]
**Sent:** Thursday, June 02, 2011 7:58 PM
**To:** idc@55hl.com; xyy@55hl.com
**Cc:** David W. Maher
**Subject:** North Face
**Importance:** High

Dear Fan Yang and Yanchun Song:

Attached are copies of two orders entered by U.S. Federal District Court for the Southern District of New York identifying the following domain names of which you are the registrar of record

northfaceworld.org
ralphlaurenaustralia.org
superjacketshop.org

The orders, among other things, direct the "... individual registrars holding or listing one or more of the domain names owned and controlled by Defendants in connection with their counterfeiting activities ... to disable these domain names and make them inactive, and to transfer any domain names incorporating the Plaintiffs' trademarks or mark confusingly similar thereto ... to the ownership and control of Plaintiffs, through the registrar of Plaintiffs' choosing, unless Plaintiffs elect that any individual domain name be released rather than transferred."

Yours very truly,
Public Interest Registry
By:


David W. Maher
Senior Vice President - Law & Policy
Public Interest Registry
+1 312 375 4849

# Redacted

**From:** Michelle Coon [mailto:mcoon@pir.org]
**Sent:** Thursday, June 02, 2011 8:02 PM
**To:** admin1@xinnet.com; wangj@xinnet.com
**Cc:** David W. Maher
**Subject:** North Face
**Importance:** High

Dear Jian Wang and Cherry Shang:

Attached are copies of two orders entered by U.S. Federal District Court for the Southern District of New York identifying the following domain names of which you are the registrar of record:

cheapnorthface.org
thenorthfacejackets.org
thenorthfacesale.org

The orders, among other things, direct the "... individual registrars holding or listing one or more of the domain names owned and controlled by Defendants in connection with their counterfeiting activities ... to disable these domain names and make them inactive, and to transfer any domain names incorporating the Plaintiffs' trademarks or mark confusingly similar thereto ... to the ownership and control of Plaintiffs, through the registrar of Plaintiffs' choosing, unless Plaintiffs elect that any individual domain name be released rather than transferred;"

Yours very truly,
Public Interest Registry
By

David W. Maher
Senior Vice President - Law & Policy
Public Interest Registry
+1 312 375 4849

# Redacted

**From:** Michelle Coon [mailto:mcoon@pir.org]
**Sent:** Thursday, June 02, 2011 8:07 PM
**To:** wong@webnic.cc; registry@webnic.cc; tk.tan@webnic.cc
**Cc:** David W. Maher
**Subject:** North Face
**Importance:** High

Dear Sui Ting Wong:

Attached are copies of two orders entered by U.S. Federal District Court for the Southern District of New York identifying the following domain names of which you are the registrar of record:

thenorthfaceoutlet.org

The orders, among other things, direct the "…individual registrars holding or listing one or more of the domain names owned and controlled by Defendants in connection with their counterfeiting activities … to disable these domain names and make them inactive… and to transfer any domain names incorporating the Plaintiffs' trademarks or mark confusingly similar thereto … to the ownership and control of Plaintiffs, through the registrar of Plaintiffs' choosing, unless Plaintiffs elect that any individual domain name be released rather than transferred."

Yours very truly,
Public Interest Registry
By

David W. Maher
Senior Vice President - Law & Policy
Public Interest Registry
+1 312 375 4849

# Redacted

**From**: Michelle Coon [mailto:mcoon@pir.org]
**Sent**: Tuesday, June 07, 2011 11:59 AM
**To**: le@directi.com <le@directi.com>; tldadmin@directi.com <tldadmin@directi.com>
**Cc**: David W. Maher <dmaher@pir.org>
**Subject**: North Face

Dear Bhavin and Divyank:

Attached are copies of two orders entered by U.S. Federal District Court for the Southern District of New York identifying the following domain names of which you are the registrar of record:

cheapnorthfaceoutlet.org
northfacejacketssale.org
north-face-jackets-onsale.org
north-face-outlet.org
ralph-lauren-polo-shirts.org

The orders, among other things, direct the "...individual registrars holding or listing one or more of the domain names owned and controlled by Defendants in connection with their counterfeiting activities . . . to disable these domain names and make them inactive, and to transfer any domain names incorporating the Plaintiffs' trademarks or mark confusingly similar thereto . . . to the ownership and control of Plaintiffs, through the

1

registrar of Plaintiffs' choosing, unless Plaintiffs elect that any individual domain name be released rather than transferred;"

Yours very truly,
Public Interest Registry
By:


David W. Maher
Senior Vice President - Law & Policy
Public Interest Registry
+1 312 375 4849

# Exhibit B

**Sheely, Sean C (NYC - X73538)**

| | |
|---|---|
| **From:** | Tobin, Charles D (WAS - X72539) |
| **Sent:** | Friday, June 03, 2011 3:44 PM |
| **To:** | 'wjuan@hichina.com' |
| **Cc:** | 'elingsr@gtlaw.com' |
| **Subject:** | FW: North Face |

| | |
|---|---|
| **Follow Up Flag:** | Follow up |
| **Flag Status:** | Flagged |

Dear Jane Wang:

We are counsel to Public Interest Registry.  Our client has forwarded this message.

The Plaintiffs in this case are represented by:

G. Roxanne Elings, Esq.,
Greenberg Traurig
MetLife Building
200 Park Avenue
New York, NY 10166
T 212.801.9200
F 212.801.6400
elingsr@gtlaw.com

We refer you to Ms. Elings for further instructions.  I have copied her on this email for your convenience.

Very truly yours,

**Charles D. Tobin | Holland & Knight**
Partner
2099 Pennsylvania Avenue, N.W., Suite 100 | Washington DC 20006
Phone 202.419.2539 | Fax 202.955.5564
charles.tobin@hklaw.com | www.hklaw.com

> **From:** Jane Wang(Legal Dep) [mailto:wjuan@hichina.com]
> **Sent:** Friday, June 03, 2011 4:56 AM
> **To:** Michelle Coon; dongxy@hichina.com; zhangxd@hichina.com
> **Cc:** David W. Maher
> **Subject:** 答复: North Face
>
> Dear Sirs,
>
> We have locked these domains.
>
> Thanks.
>
> **Jane Wang**
> Legal & IP Manager

1

Tel: +8610 64242299 ext. 6136
Fax:+8610 64242299 ext. 8625
Email : wjuan@hichina.com
Add: 3/F.,HiChina Mansion,No 27 Gulouwai Avenue Dongcheng District,Beijing 100120,China

**Start with Hichina for Internet Applications**
Hichina Websites：中国万网 www.net.cn 万网梦工厂 www.com.cn

发件人: Michelle Coon [mailto:mcoon@pir.org]
发送时间: 2011 年 6 月 3 日 7:52
收件人: wjuan@hichina.com; dongxy@hichina.com; zhangxd@hichina.com
抄送: David W. Maher
主题: North Face
重要性: 高

Dear Jane Wang:

Attached are copies of two orders entered by U.S. Federal District Court for the Southern District of New York identifying the following domain names of which you are the registrar of record:

nikeireland.org
northfaceonsale.org
northface-outlet.org
northfaces.org
northfacesoutlet.org
northfacesale.org
pololacoste.org
shoxnike.org
thenorthface-outlet.org

The orders, among other things, direct the "...individual registrars holding or listing one or more of the domain names owned and controlled by Defendants in connection with their counterfeiting activities . . . to disable these domain names and make them inactive, and to transfer any domain names incorporating the Plaintiffs' trademarks or mark confusingly similar thereto . . . to the ownership and control of Plaintiffs, through the registrar of Plaintiffs' choosing, unless Plaintiffs elect that any individual domain name be released rather than transferred;"

Yours very truly,
Public Interest Registry
By:

David W. Maher
Senior Vice President - Law & Policy
Public Interest Registry
+1 312 375 4849

**Sheely, Sean C (NYC - X73538)**

| | |
|---|---|
| **From:** | Tobin, Charles D (WAS - X72539) |
| **Sent:** | Friday, June 03, 2011 3:52 PM |
| **To:** | 'support@webnic.cc' |
| **Cc:** | 'elingsr@gtlaw.com' |
| **Subject:** | FW: [WebNIC #QFB-404017]: FW: North Face |

| | |
|---|---|
| **Follow Up Flag:** | Follow up |
| **Flag Status:** | Flagged |

Dear Syuk Wah:

We are counsel to Public Interest Registry.  Our client has forwarded this message.

The Plaintiffs in this case are represented by:

G. Roxanne Elings, Esq.,
Greenberg Traurig
MetLife Building
200 Park Avenue
New York, NY 10166
T 212.801.9200
F 212.801.6400
elingsr@gtlaw.com

We refer you to Ms. Elings for further instructions.  I have copied her on this email for your convenience.

Very truly yours,


**Charles D. Tobin | Holland & Knight**
Partner
2099 Pennsylvania Avenue, N.W., Suite 100 | Washington DC 20006
Phone 202.419.2539 | Fax 202.955.5564
charles.tobin@hklaw.com | www.hklaw.com


> **From:** David W. Maher [mailto:dmaher@pir.org]
> **Sent:** Friday, June 03, 2011 12:18 PM
> **To:** Tobin, Charles D (WAS - X72539)
> **Subject:** FW: [WebNIC #QFB-404017]: FW: North Face


> David W. Maher
> Senior Vice President - Law & Policy
> Public Interest Registry
> +1 312 375 4849

> Begin forwarded message:

>> **From:** WebNIC.cc Customer Support <support@webnic.cc>
>> **Date:** June 3, 2011 12:46:07 AM EDT

**To:** Michelle Coon <mcoon@pir.org>
**Subject:** [WebNIC #QFB-404017]: FW: North Face
**Reply-To:** "support@webnic.cc" <support@webnic.cc>

Dear Registry,

Greetings,

We have received below email pertaining on court order submitted in relation with THE NORTH FACE APPAREL CORP. and owner for domain thenorthfaceoutlet.org.

We would like to seek your advise on below.

1) The court order was being submitted on February 2010, and be rendered on December 20, 2010. This is the first email received for this case, do we receive any notification when the court order newly filed or updates on the case?
2) We do need to comply with any court order issued under any country?
3) According to the court order, the court orders below mentioned, we as the registrar shall execute this or registry shall execute this?
4) Is the any duration/waiting period need before goes to the execution?
5) "to the ownership and control of Plaintiffs, through the registrar of Plaintiffs' choosing, unless Plaintiffs elect that any
individual domain name be released rather than transferred"
Shall this means that the domain name will direct transferred to the registrar of Plaintiffs' choosing and without go through a normal transfer procedure?
6) The domain shall be make as inactive and untransferable, the domain name shall be remain expired and release if there is no re-activated request?

Thank you and hope to hear from you soon.

Regards,
Syuk Wah
WebNIC
---

Ticket History **mcoon@pir.org** (Client) Posted On: 03 Jun 2011 08:45 AM

From: Michelle Coon [mailto:mcoon@pir.org]
Sent: Friday, June 03, 2011 8:07 AM
To: wong@webnic.cc; registry@webnic.cc; tk.tan@webnic.cc
Cc: David W. Maher
Subject: North Face
Importance: High

Dear Sui Ting Wong:

Attached are copies of two orders entered by U.S. Federal District Court for the Southern District of New York identifying the following domain names of

which you are the registrar of record:

thenorthfaceoutlet.org

The orders, among other things, direct the ".individual registrars holding or listing one or more of the domain names owned and controlled by Defendants in connection with their counterfeiting activities . . . to disable these domain names and make them inactive, and to transfer any domain names incorporating the Plaintiffs' trademarks or mark confusingly similar thereto . . . to the ownership and control of Plaintiffs, through the registrar of Plaintiffs' choosing, unless Plaintiffs elect that any individual domain name be released rather than transferred;"

Yours very truly,

Public Interest Registry

By:

David W. Maher
Senior Vice President - Law & Policy
Public Interest Registry

+1 312 375 4849

Attachments PIR_December_20_order_1_Jun_02_2011_14_15_01_327 (second of two).pdf (1.94 MB)
document2011-06-02-194718 (first of two).pdf (1.93 MB)
doc20110602175830.pdf (621.31 KB)

Ticket Details
Ticket ID: QFB-404017
Subject: FW: North Face

**Sheely, Sean C (NYC - X73538)**

| | |
|---|---|
| **From:** | Tobin, Charles D (WAS - X72539) |
| **Sent:** | Friday, June 03, 2011 3:40 PM |
| **To:** | 'contact@bizcn.com' |
| **Cc:** | 'ELINGSR@gtlaw.com' |
| **Subject:** | FW: North Face |

| | |
|---|---|
| **Follow Up Flag:** | Follow up |
| **Flag Status:** | Flagged |

Dear Sir or Madam:

We are counsel to Public Interest Registry.  Our client has forwarded this message.

The Plaintiffs in this case are represented by:

G. Roxanne Elings, Esq.,
Greenberg Traurig
MetLife Building
200 Park Avenue
New York, NY 10166
T 212.801.9200
F 212.801.6400
elingsr@gtlaw.com

We refer you to Ms. Elings for further instructions.  I have copied her on this email for your convenience.

Very truly yours,



**Charles D. Tobin | Holland & Knight**
Partner
2099 Pennsylvania Avenue, N.W., Suite 100 | Washington DC 20006
Phone 202.419.2539 | Fax 202.955.5564
charles.tobin@hklaw.com | www.hklaw.com


> **From:** Bizcn.com,Inc. [mailto:contact@bizcn.com]
> **Sent:** Friday, June 03, 2011 1:31 AM
> **To:** Michelle Coon
> **Cc:** David W. Maher
> **Subject:** 答复: North Face
>
> Dear Michelle,
>
> Please be advised that we have held the below domains
>
> > northface-jackets.org
> > northfacejacketsonsale.org
> > northfacewholesale.org
> > outdooronline.org
> > thenorthfaceoutlets.org
> > usoutdoors.org

wholesalenorthface.org

Please advise if we should assist the complainant to transfer the domain and if yes, how we could contact the complainant.

Sincerely,
Bizcn.com, Inc.

发件人：Michelle Coon [mailto:mcoon@pir.org]
发送时间：2011-06-03 7:44
收件人：jimmy@bizcn.com; asics@bizcn.com; yangmx@bizcn.com; contact@bizcn.com
抄送：David W. Maher
主题：North Face
重要性：高

Dear Weijie Zhang:

Attached are copies of two orders entered by U.S. Federal District Court for the Southern District of New York identifying the following domain names of which you are the registrar of record:

northface-jackets.org
northfacejacketsonsale.org
northfacewholesale.org
outdooronline.org
thenorthfaceoutlets.org
usoutdoors.org
wholesalenorthface.org

The orders, among other things, direct the "…individual registrars holding or listing one or more of the domain names owned and controlled by Defendants in connection with their counterfeiting activities . . . to disable these domain names and make them inactive, and to transfer any domain names incorporating the Plaintiffs' trademarks or mark confusingly similar thereto . . . to the ownership and control of Plaintiffs, through the registrar of Plaintiffs' choosing, unless Plaintiffs elect that any individual domain name be released rather than transferred;"

Yours very truly,
Public Interest Registry
By:


David W. Maher
Senior Vice President - Law & Policy
Public Interest Registry
+1 312 375 4849

**Sheely, Sean C (NYC - X73538)**

| | |
|---|---|
| **From:** | Tobin, Charles D (WAS - X72539) |
| **Sent:** | Friday, June 03, 2011 8:56 AM |
| **To:** | legal@melbourneit.com.au |
| **Cc:** | ELINGSR@gtlaw.com |
| **Subject:** | FW: North Face |
| | |
| **Follow Up Flag:** | Follow up |
| **Flag Status:** | Flagged |

Dear Zohal Hussaini:

We are counsel to Public Interest Registry.  Our client has forwarded this message.

The Plaintiffs in this case are represented by:

G. Roxanne Elings, Esq.,
Greenberg Traurig
MetLife Building
200 Park Avenue
New York, NY 10166
T 212.801.9200
F 212.801.6400
elingsr@gtlaw.com

We refer you to Ms. Elings for further instructions.  I have copied her on this email for your convenience.

Very truly yours,


Charles D. Tobin | Holland & Knight
Partner
2099 Pennsylvania Avenue, N.W., Suite 100 | Washington DC 20006 Phone 202.419.2539 | Fax
202.955.5564 | charles.tobin@hklaw.com | www.hklaw.com



-----Original Message-----
From: David W. Maher [mailto:dmaher@pir.org]
Sent: Thursday, June 02, 2011 10:38 PM
To: Tobin, Charles D (WAS - X72539)
Subject: Fwd: North Face



Dear Michael,

Thank you for your email.

We confirm the below domain names as currently being registered with Melbourne IT Ltd.

Please advise to whom should we organise the transfer the below domain names.

Kind Regards

1

Zohal Hussaini | Policy Officer - Legal | Melbourne IT | Melbourne, Australia |
ph +61 3 8624 2360 | fax +61 3 8624 2435 |
www.melbourneit.com.au<http://www.melbourneit.com.au/>

From: Michelle Coon [mailto:mcoon@pir.org]
Sent: Friday, 3 June 2011 9:38 AM
To: _Legal; ICANN Legal
Cc: David W. Maher
Subject: FW: North Face
Importance: High


Dear General Counsel:

Attached are copies of two orders entered by U.S. Federal District Court for the Southern
District of New York identifying the following domain names of which you are the registrar of
record:

                    cheapnorthfacediscount.org
                    cheapnorthfacesale.org
                    northfacediscounted.org
                    northfacejacketssale.org
                    northfacesalesonline.org
                    poloralphlaurenfactorystore.org
                    poloralphlaurenfrance.org
                    poloralphlaurensverige.org
                    ralphlaurenfrance.org
                    thenorthfacenz.org
                    thenorthfaceuk.org


The orders, among other things, direct the "…individual registrars holding or listing one or
more of the domain names owned and controlled by Defendants in connection with their
counterfeiting activities . . . to disable these domain names and make them inactive, and to
transfer any domain names incorporating the Plaintiffs' trademarks or mark confusingly
similar thereto . . . to the ownership and control of Plaintiffs, through the registrar of
Plaintiffs' choosing, unless Plaintiffs elect that any individual domain name be released
rather than transferred;"

Yours very truly,
Public Interest Registry
By:


David W. Maher
Senior Vice President - Law & Policy
Public Interest Registry
+1 312 375 4849

**Sheely, Sean C (NYC - X73538)**

| | |
|---|---|
| **From:** | Tobin, Charles D (WAS - X72539) |
| **Sent:** | Friday, June 03, 2011 8:52 AM |
| **To:** | admin1@xinnet.com; wangj@xinnet.com |
| **Cc:** | ELINGSR@gtlaw.com |
| **Subject:** | FW: North Face |
| | |
| **Follow Up Flag:** | Follow up |
| **Flag Status:** | Flagged |

Dear Cherry Shang:

We are counsel to Public Interest Registry.  Our client has forwarded this message.

The Plaintiffs in this case are represented by:

G. Roxanne Elings, Esq.,
Greenberg Traurig
MetLife Building
200 Park Avenue
New York, NY 10166
T 212.801.9200
F 212.801.6400
elingsr@gtlaw.com

We refer you to Ms. Elings for further instructions.  I have copied her on this email for your convenience.

Very truly yours,

Charles D. Tobin | Holland & Knight
Partner
2099 Pennsylvania Avenue, N.W., Suite 100 | Washington DC 20006 Phone 202.419.2539 | Fax
202.955.5564 charles.tobin@hklaw.com | www.hklaw.com


-----Original Message-----
From: David W. Maher [mailto:dmaher@pir.org]
Sent: Thursday, June 02, 2011 11:15 PM
To: Tobin, Charles D (WAS - X72539)
Subject: Fwd: North Face



Dear Michelle Coon and David W. Maher,

What should Xin Net do next? Or your Registry will directly transfer the domain names to the registrar of Plaintiffs' choosing?


Best Regards,

Cherry Shang

1

Xin Net Technology Corp.
1st Floor, 6th Building Section A, BDA BeiGongDa Software Area Beijing, China
Zip:100176
Tel: +86.10-58022118
Fax: +86.10-58022990
E-mail:admin1@xinnet.com


----- Original Message -----
From: Michelle Coon<mailto:mcoon@pir.org>
To: admin1@xinnet.com<mailto:admin1@xinnet.com> ; wangj@xinnet.com<mailto:wangj@xinnet.com>
Cc: David W. Maher<mailto:dmaher@pir.org>
Sent: Friday, June 03, 2011 8:02 AM
Subject: North Face


Dear  Jian Wang and Cherry Shang:

Attached are copies of two orders entered by U.S. Federal District Court for the Southern District of New York identifying the following domain names of which you are the registrar of record:

                    cheapnorthface.org
                    thenorthfacejackets.org
                    thenorthfacesale.org


The orders, among other things, direct the "…individual registrars holding or listing one or more of the domain names owned and controlled by Defendants in connection with their counterfeiting activities . . . to disable these domain names and make them inactive, and to transfer any domain names incorporating the Plaintiffs' trademarks or mark confusingly similar thereto . . . to the ownership and control of Plaintiffs, through the registrar of Plaintiffs' choosing, unless Plaintiffs elect that any individual domain name be released rather than transferred;"

Yours very truly,
Public Interest Registry
By:


David W. Maher
Senior Vice President - Law & Policy
Public Interest Registry
+1 312 375 4849