USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 6/13/11

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------- x
                                :

THE NORTH FACE APPAREL CORP.; PRL USA   :
HOLDINGS, INC.,                               :

                      Plaintiffs,    :

         -against-                     :

FUJIAN SHARING IMPORT & EXPORT LTD.   :
CO. et al.,                               :

                     Defendants.   :

-------------------------------------------------------------- x

**SUMMARY ORDER GRANTING
PLAINTIFFS' MOTION TO
HOLD PUBLIC INTEREST
REGISTRY IN CONTEMPT,
SUBJECT TO A TEN-DAY STAY**

10 Civ. 1630 (AKH)

ALVIN K. HELLERSTEIN, U.S.D.J.:

On June 13, 2011, plaintiffs and non-party Public Interest Registry appeared

before me for oral argument on plaintiffs' motion, by order to show cause, to hold Public Interest

Registry in contempt of this court's December 2, 2010, and December 20, 2010, orders.

For the reasons stated on the record of the proceedings, I grant plaintiffs' motion

to hold Public Interest Registry in contempt but stay the effect of the order for ten days to allow

Public Interest Registry an opportunity either to disable Defendants' infringing Internet domain

names or to seek, from the United States Court of Appeals for the Second Circuit, a stay of this

court's order pending appeal.

The Clerk shall mark the motion (Doc. No. 36) terminated.

SO ORDERED.

Dated:       June 13, 2011
              New York, New York

                                    ALVIN K. HELLERSTEIN
                                    United States District Judge