UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------ x

THE NORTH FACE APPAREL CORP.; PRL USA : 
HOLDINGS, INC., :

                              Plaintiffs, :

     -against- :

FUJIAN SHARING IMPORT & EXPORT LTD. :
CO., :

                            Defendant. :
------------------------------------------------------------------ x

**ORDER ENLARGING STAY**

10 Civ. 1630 (AKH)

ALVIN K. HELLERSTEIN, U.S.D.J.:

       On June 13, 2011, plaintiffs The North Face Apparel Corp. and PRL USA Holdings, Inc. and non-party Public Interest Registry appeared before me for oral argument on plaintiffs' motion, by order to show cause, to hold Public Interest Registry in contempt of this court's orders dated December 2, 2010, and December 20, 2010. Ruling from the bench, I granted plaintiffs' motion, but made it subject to a ten-day stay, expiring on June 23, 2011, to allow Public Interest Registry an opportunity either to comply with my December 2 and December 20 orders or to seek, from the United States Court of Appeals for the Second Circuit, a stay pending appeal.

       I am now reviewing the appropriateness of my order. To permit that review, I enlarge the stay an additional ten days, to July 5, 2011, during which time I shall issue an order reflecting my views of the case.

       SO ORDERED.

Dated:     June 2⁄, 2011
             New York, New York

                                           ALVIN K. HELLERSTEIN
                                           United States District Judge