UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| THE NORTH FACE APPAREL CORP., a Delaware Corporation, and PRL USA HOLDINGS, INC., a Delaware Corporation,<br><br>Plaintiffs,<br><br>v.<br><br>FUJIAN SHARING IMPORT & EXPORT LTD. CO. d/b/a B2BSHARING.COM; DONGPING LIU a/k/a DONG PING LIU; YUAN CHEN; ANDY HUANG; MIN CHEN; CAI XIAN SHENG; MICHAEL LIN; LIMING WANG a/k/a JUNZHENG JIA; FANG CHENG; WEIXIAN LIN; ZHOU CHANG; PP JINBO; JERRY URBEN; HUNAG YANXIA; WANG ZHAO HUI; CHENGYUAN ZHAO; ZHAO HUI; ZHANG XUE PING; QINGXIONG SU; CAI XIANGJIAO; ZHUANG TING TING; XU DAN; INFEI YE; ZOU JIA QI; LIU ZHAO DI; CHENG XIAO RONG; XIE ZHAO XI; HUANG DENIG QIANG; JIE ZHAO; LIN XIA MEI; WENG FENG ZHU; JIA DE BAO; QIAO YAN PING; XI QIANG; TAO ZHU; LIN JIAN PING; CAl ZHONGYING a/k/a NANCY LIN; WANG XUEMIN; JUNMIN JIA; LIU SU JUN; FANMING WU; HUANG ZHI BING; CONGLONG LIN; LIU LIN FIANG; GUO XUE LIANG; MING FENQ GU; ZHENG YU TANG; CHEN WEIGUI; YU JIA LONG; LU XIAO YANG; LIU QIAO LING; CHEN JIAN SHENG; CAO CHUN LIN; CHEN JIAN; JIANG LONG SHENG; MA SHI LEI; JUNJIE JIA; HUANG JIAN XIONG; CHENG XIAN WEI; WANG ZHEN YONG; JIAN CHEN LIN; QIU LI SHAN; XIAN TING; WANSHAN LIN; CHEN QING CHONG; HUANG JlAN RUI; ZHlYAN LI; RUI YANG; YOU ZONG YANG; MI GUI YING; LU XIN LUAN; CHEN JIANFANG; RUI ZHANG IXIE; ZHIANG SHU; LIN YI CHUN; LI ZHAN; LU MINGZHI; WU ZHIYONG; WANG YUN MINGZHI; TIAN ZHENHUA; GUO ZHI BIN; MIAO CHUN LAN; WENG YI XIN; LIANG XIAOYANG; YIN LI YING; FAN QIANG; LI XUE FENG; GUAN WEI JIAN; SUN CUI RONG; XIU MINGZHI; CAI YUN JING; YE XIN ZHUO; CHEN SHUANG YING; CHEN YA BO; SU YUAN LIAN; GUO SUQING; LIN JUN QIN; WANG ZHI XIANG; XIE CHAO; FAN | CIVIL ACTION<br>NO. 10-CIV-1630 (AKH)<br><br>[PROPOSED] **TENTH SUPPLEMENTAL ORDER TO DISABLE AND TRANSFER DEFENDANTS' NEWLY-DETECTED DOMAINS**<br><br>**[FILED UNDER SEAL PURSUANT TO 15 U.S.C. § 1116]** |

| |
|---|
| KEYANG; CAI YA QUAN; WENG YUAN DONG; CHEN SHUN JIN; XU WEIQUN; ZHU TING MING; JOHN AND JANE DOES; AND XYZ COMPANIES, |
| Defendants. |

WHEREAS THIS COURT entered an *ex parte* temporary restraining order, seizure order, asset restraining order, domain name transfer order, and order to show cause for a preliminary injunction on March 2, 2010 ("TRO"), and a Preliminary Injunction on March 16, 2010 continuing the relief set forth in the TRO; and

WHEREAS THIS COURT, on September 13, 2010, entered a Default Judgment and Permanent Injunction against Defendants and in favor of Plaintiffs in the sum of $78,000,000 and a permanent injunction continuing the relief set forth in the Preliminary Injunction, *inter alia*, permanently enjoining and restraining Defendants FUJIAN SHARING IMPORT & EXPORT LTD. CO. d/b/a B2BSHARING.COM, DONGPING LIU a/k/a DONG PING LIU, YUAN CHEN, ANDY HUANG, MIN CHEN, CAI XIAN SHENG, MICHAEL LIN, LIMING WANG a/k/a JUNZHENG JIA, FANG CHENG, WEIXIAN LIN, ZHOU CHANG, PP JINBO, JERRY URBEN, HUNAG YANXIA, WANG ZHAO HUI, CHENGYUAN ZHAO, ZHAO HUI, ZHANG XUE PING, QINGXIONG SU, CAI XIANGJIAO, ZHUANG TING TING, XU DAN, INFEI YE, ZOU JIA QI, LIU ZHAO DI, CHENG XIAO RONG, XIE ZHAO XI, HUANG DENIG QIANG, JIE ZHAO, LIN XIA MEI, WENG FENG ZHU, JIA DE BAO, QIAO YAN PING, XI QIANG, TAO ZHU, LIN JIAN PING, CAI ZHONG YING a/k/a NANCY LIN, WANG XUEMIN, JUNMIN JIA, LJU SU JUN, FANMING WU, HUANG ZHI BING, CONGLONG LIN, LIU LIN FIANG, GUO XUE LIANG, MING FENQ GU, ZHENG YU TANG, CHEN WEIGUI, YU JIA LONG, LU XIAO YANG, LIU QIAO LING, CHEN JIAN SHENG, CAO CHUN LIN, CHEN JIAN, JIANG LONG SHENG, MA SHI LEI, JUNJIE

JIA, HUANG JIAN XIONG, CHENG XIAN WEI, WANG ZHEN YONG, JIAN CHEN LIN, QJU LI SHAN, XIAN TING, WANSHAN LIN, CHEN QING CHONG, HUANG JIAN RUI, ZHIYAN LI, RUI YANG, YOU ZONG YANG, MI GUI YING, LU XIN LUAN, CHEN JIANFANG, RUI ZHANG IXIE, ZHIANG SHU, LIN YI CHUN, LI ZHAN, LU MINGZHI, WU ZHIYONG, WANG YUN MINGZHI, TIAN ZHENHUA, GUO ZHI BIN, MIAO CHUN LAN, WENG YI XIN, LIANG XIAOYANG, YIN LI YING, FAN QIANG, LI XUE FENG, GUAN WEI JIAN, SUN CUI RONG, XJU MINGZHI, CAI YUN JING, YE XIN ZHUO, CHEN SHUANG YING, CHEN YA BO, SU YUAN LIAN, GUO SUQING, LIN JUN QIN, WANG ZHI XIANG, XIE CHAO, FAN KEYANG, CAI YA QUAN, WENG YUAN DONG, CHEN SHUN JIN, XU WEIQUN, ZHU TING MING, JOHN and JANE DOES, and XYZ COMPANIES (collectively referred to as "Defendants"), where JOHN and JANE DOES and XYZ Companies referred to individuals and/or entities who own, owned or have created other domain names, websites, and/or payment accounts to manufacture, export, import, distribute, promote, advertise, offer for sale and/or sell goods bearing Plaintiffs' federally registered trademarks ("Plaintiffs' Marks"), their officers, agents, servants and employees and any persons in active concert or participation with them from:

      (i)    using Plaintiffs' federally registered trademarks or any reproduction, counterfeit, copy or colorable imitation of Plaintiffs famous trademarks in connection with the manufacture, distribution, advertising, offer for sale and/or sale of merchandise not the genuine products of Plaintiffs, or in any manner likely to cause others to believe that Defendants' products are connected with Plaintiffs or Plaintiffs' genuine merchandise bearing Plaintiffs' Marks; and

      (ii)    passing off, inducing or enabling others to sell or pass off any apparel, backpacks, gloves, shoes or other items which are not Plaintiffs' genuine merchandise as and for Plaintiffs' genuine merchandise; and

      (iii)    committing any other acts calculated to cause purchasers and/or the general public to believe that Defendants' products are Plaintiffs' genuine merchandise unless they are such; and

        (iv)    shipping, delivering, holding for sale, distributing, returning, transferring or otherwise moving, storing or disposing of in any manner apparel or other items falsely bearing Plaintiffs' Marks, or any reproduction, counterfeit, copy or colorable imitation of same; and

        (v)    utilizing or registering any domain names that use or incorporate any of Plaintiffs' Marks; and

        (vi)    operating or hosting Defendants' websites; and

        (vii)    assisting any other person or business entity in engaging in or performing any of the activities referred to in the above subparagraphs (i) through (vi);

(the "Permanent Injunction"); and

        WHEREAS THIS COURT, on December 2, 2010, entered an Amended Default Judgment and Permanent Injunction ("Amended Default Judgment and Permanent Injunction"); and

        WHEREAS THE COURT having considered the above, and having reviewed Plaintiffs' Application for a Tenth Supplemental Order, the supporting declaration and exhibit submitted therewith and having been fully advised on all relevant matters, and with good cause appearing, therefore, the Court finds:

        1.    Defendants have violated the terms of the Amended Default Judgment and Permanent Injunction in that they have operated and continue to operate online counterfeiting networks, including by promoting, advertising and otherwise optimizing the online presence of and driving traffic to their infringing websites and by manufacturing, distributing, offering for sale and/or selling goods bearing counterfeits and infringements of Plaintiffs' Marks ("Counterfeit Products") as well as counterfeits of other trademarked goods, at wholesale and retail to buyers in the United States and elsewhere, including in this Judicial District,

        2.    Defendants continue to register additional domain names ("Defendants' Newly-Detected Domains") and utilize websites connected to those domain names to conduct

their counterfeiting operations, including but not limited to, those listed in **Exhibit 1** attached hereto; and

3. Defendants have continued and continue, in bad faith, to use and/or register Plaintiffs' Marks in many of Defendants' Newly-Detected Domains; and

4. Defendants are able to continue their open contempt of this Court's Amended Default Judgment and Permanent Injunction through the virtual autonomy of the Internet, by *inter alia*, attempting to hide behind false names and identities; utilizing privacy-protection services; registering new domain names, email accounts and payment accounts; and switching Internet services between offshore hosts; and

5. Defendants are in contempt of this Court's Amended Default Judgment and Permanent Injunction and will continue to act in contempt of this Court's Amended Default Judgment and Permanent Injunction; and

6. Plaintiffs will continue to suffer irreparable harm without the entry of this Tenth Supplemental Order To Disable And Transfer Defendants' Newly-Detected Domains ("Tenth Supplemental Order").

THEREFORE THIS COURT HEREBY ORDERS that:

1. Defendants' Newly-Detected Domains listed in **Exhibit 1** to this Tenth Supplemental Order are hereby recognized to be "Newly-Detected Domains" as defined in the Amended Default Judgment and Permanent Injunction; and

2. All provisions of the Court's Amended Default Judgment and Permanent Injunction apply to Defendants' Newly-Detected Domains listed in **Exhibit 1** to the Tenth Supplemental Order, including, but not limited to, the following provisions:

> ORDERED that in accordance with this Court's inherent equitable powers and its power to coerce compliance with its

5

lawful orders, and due to Defendants' ongoing proliferation of domain names for operation of its counterfeiting activities, as Plaintiffs discover new domain names ("Newly-Detected Domains"), registered by Defendants, containing Plaintiffs' Marks or marks confusingly similar thereto, and/or used in conjunction with the sale of counterfeit goods (whether or not the Newly-Detected Domains contain Plaintiffs' Marks or marks confusingly similar thereto), Plaintiffs shall have the ongoing authority to seek supplemental orders of the court, but only against persons over whom the court has in personam jurisdiction. (*Squeez-A-Purse Corp. v. Stiller*, 31 F.R.D. 261, 263 (S.D.N.Y. 196)).

ORDERED that within two (2) days after any Newly-Detected Domains are disabled, Plaintiffs shall serve this Amended Permanent Injunction by email or other reasonable means to the contact information associated with that domain name in the WhoIs database, containing a notification that the Newly-Detected Domains have been disabled pursuant to this Amended Permanent Injunction.

3. This Court shall retain jurisdiction to the extent necessary to enforce this Tenth Supplemental Order and to determine any issues that may arise thereunder.

SO ORDERED:

DATE:

The Honorable Alvin K. Hellerstein

# **EXHIBIT 1**

DWT 20708792v1 0095922-000001

| Newly-Detected Domains |
|---|
| 2012cheapnorthface.com |
| 2012cheapnorthfacejackets.com |
| 2012northfacejacketsale.com |
| 2012northfaceonline.com |
| 2012thenorthfaceoutlet.com |
| 24northface.com |
| 74northfaceoutlet.com |
| 77northface.com |
| amnorthface.org |
| amthenorthface.org |
| anorthface.org |
| anorthfaceoutletberkeley.com |
| anorthfaceoutletlocations.com |
| aqrx.info |
| atnorthface.com |
| baynorthfaceoutlet.net |
| bestcheapnorthface.com |
| bethenorthface.com |
| billigemonclerjakker.dk |
| billigjakkedenmark.com |
| blackfridaynorthface.com |
| blousonnorthfacepascher.com |
| boutique-doudouneenligne.com |
| buynorthface7.com |
| buynorthfaceoutlet.com |
| buynorthfaceoutlets.com |
| buythenorthfacejacketsoutlet.com |
| canada-northface.com |
| cheapcoatsoutdooronline.net |

| |
|---|
| cheapernorthfacejacketsok.com |
| cheapestthenorthface.com |
| cheapnorthface-4u.com |
| cheapnorthface-4u.net |
| cheapnorthface-4u.org |
| cheapnorthfacejackets99.com |
| cheapnorthfacejackets-onsale.com |
| cheapnorthfacejacketsoutletd.com |
| cheapnorthfacejacketsq.com |
| cheapnorthfaceonlines.com |
| cheapnorthfaceoutleta.com |
| cheapnorthfaceventurejacket.com |
| cheapnorthfacewindwalljacketssale.com |
| cheapnorthfacewomenjackets.com |
| cheapnorthsfaceoutlet.com |
| cheappinkribbonnorthface.net |
| cheapsalesnorthface.com |
| cheapstthenorthfacejackets.com |
| cheapthenorthface2012.com |
| cheapthenorthfacejacket.us |
| cheaptnfjacketsmorediscont.org |
| china-wholsale.com |
| clearancenorthfaceoutlet.com |
| cnorthfacejacketsonsale.com |
| coolnorthface.com |
| discountnfjackets.com |
| discountnorthfacedownjackets.com |
| discountnorthfacejacket.net |
| discountnorthfacejacketssale.com |
| discountnorthfacejacketsv.com |
| discountnorthfacemensjackets.com |

9

| |
|---|
| doudounecapuchefourrurepascher.com |
| doudounefrancepascher.com |
| doudounethenorthfaceboutique.com |
| doudounethenorthfaceparka.com |
| easyushopping.net |
| facecoats.net |
| fcnorthfaceoutlet.com |
| iamnorthface.com |
| icheapnorthfacejackets.com |
| jackejacke.de |
| jacketsbox.com |
| jacketsbox.info |
| jackets-buy.info |
| jacketsclearancebuy.com |
| jacketsclearancebuy.us |
| jacketsnorthfacecheap.com |
| jacketsonlineshop.com |
| jacketsshopping.com |
| jakkebillige.com |
| kidsnorthfacejackets.org |
| kissjackets.info |
| kissthenorthface.org |
| love-northface.com |
| love-northface.com |
| manteauxboutique.com |
| manteauxpaschere.com |
| mrnorthface.com |
| mynorthfacecanada.com |
| neednorthface.com |
| nfnorthface.co.uk |
| northface2jackets.org |

10

| |
|:---:|
| northface4outletuk.com |
| northfaceapexbionicclearancesale.net |
| northfacebelgium.com |
| northfaceblackfriday.com |
| northfaceblackfriday.us |
| northfacebreastcancer.net |
| northfacebruxelles.com |
| northfacecanadastore.com |
| north-facecatalyst.com |
| northface-cheap.org |
| northfaceclearancej.com |
| northfaceclearancejacket.com |
| northfaceclearanceoutlet777.org |
| northfaceclearanceshops.com |
| northfaceclearancestore.com |
| northfaceclearanceusa.com |
| northfaceclearancev.com |
| northfacecoatstores.com |
| northfacecouksale.com |
| northfacecouponss.com |
| northfacecybermonday.com |
| north-facedealers.com |
| northfacedenali.net |
| northfacedenalisales.co.uk |
| northfacedenalisales.net |
| northfacedenaliwomens.net |
| northfacedenaliwomensjacket.org |
| northfacediscount.co.uk |
| northfacediscounted.co.uk |
| northfacedoudouneparis.com |
| northfacedress.com |

11

| |
|---|
| northfaceejackets.com |
| northfaceesale.com |
| northfaceestore.com |
| northfacefactoryoutletstore.com |
| northfacefleececheap.com |
| northfacefleecejacketsale.com |
| northfaceforsale.co.uk |
| northfacegilet.com |
| northfacehoodie-outlet.com |
| northfacehot.net |
| northfacehot.org |
| north-faceisabella.com |
| northfacejacke.de |
| northfacejacke-de.com |
| northfacejacket2012sale.com |
| northfacejacketonbuy.com |
| northfacejackets2012.org |
| northfacejackets2uk.com |
| northfacejacketsale2012.com |
| northfacejacketsaleonline.com |
| northfacejacketscheap.co.uk |
| northfacejacketsforwomensvip.com |
| northfacejacketshop2012.net |
| northfacejacketsoutletou.com |
| northfacejacketsoutletstore.net |
| northfacejakkedk.eu |
| northface-jakker.dk |
| northfacejakkeroslo.com |
| north-facejkt.com |
| northfacen.com |
| northfaceonline2012.com |

12

| |
|---|
| northfaceonline7.com |
| northfaceosohoodie.com |
| northfaceoutlet-4u.com |
| northfaceoutlet-4u.net |
| northfaceoutlet-4u.org |
| northfaceoutletbay.com |
| northfaceoutletberkeleys.org |
| northfaceoutletberkeleys.org |
| northfaceoutletbie.com |
| northfaceoutletbuy.net |
| northfaceoutletcheapsales.com |
| northfaceoutletcoat.com |
| northfaceoutletcoats.com |
| northfaceoutleteshop.com |
| northfaceoutlethot.com |
| northfaceoutletmore.net |
| northfaceoutletn.com |
| northfaceoutletonliner.com |
| northfaceoutletsalecheap.com |
| northfaceoutletsalete.com |
| northfaceoutletschicago.com |
| northfaceoutletssalen.com |
| northfaceoutletstored.com |
| northfaceoutlets-us.com |
| northfaceoutletus.com |
| northfaceoutletusastore.com |
| northfaceoutletvip.com |
| northfaceoutletwholesale.com |
| northfacerainjacketsale.com |
| northfacesalecanada.com |
| northfacesalediscount.com |

| |
|:---:|
| northfacesalee.org |
| northfacesaleforcheap.com |
| northfacesale-jackets.com |
| northfacesale-outlet.co.uk |
| north-faceshell.com |
| north-faceshelljacket.com |
| north-faceskicoats.com |
| north-faceskijacket.com |
| northfaceuk2012.net |
| northfaceukbuy.com |
| northfaceukoutletsale.com |
| northfaceuksale.com |
| northfaceukstore.org |
| northfacevente.com |
| north-facevestsale.com |
| north-facewholesale.com |
| north-face-wholesale.com |
| northfacewindbreakeroutletstore.net |
| northfacewindstopperclearance.org |
| northfacewintercoatsonsale.com |
| northfacewomensjacketsstore.com |
| northsfaceoutlet.net |
| officialnorthfaceuk.com |
| outdoorjacketsstore.com |
| outlet-northface.org |
| parkanorthface.com |
| replica-wholsale.com |
| tatabay.com |
| thecheapnorthfacejackets.com |
| thenorthefaceus.com |
| thenorthface.dailylookfor.com |

14

| |
|---|
| thenorthface1968.com |
| thenorthfaceapexjackets.com |
| thenorthfacearea.com |
| thenorthface-australia.com |
| thenorthfaceblackfriday.com |
| thenorthfacecheap2012.com |
| thenorthfacecheapoutlet.com |
| thenorthfaceclearancenow.net |
| thenorthfacedenaliforsale.com |
| thenorthfacedenalihoodie.com |
| thenorthfaceeuro.co.uk |
| thenorthfacefactory.org |
| the-northfacejacke.com |
| thenorthface-jackets.net |
| thenorthfacejacketsale.co.uk |
| thenorthfacejacketsbest.com |
| thenorthfacejacketscheapsale.com |
| thenorthfacejacketsonsale2012.com |
| thenorthfacejacketsoutletn.com |
| thenorthfacejakkera.dk |
| thenorthfacenewstore.org |
| thenorthfaceonline.co.uk |
| thenorthfaceonlinesale.org |
| thenorthfaceoutdoor.co.uk |
| thenorthfaceoutdoorkit.co.uk |
| thenorthfaceoutlet.cc |
| thenorthfaceoutlet.me.uk |
| thenorthfaceoutlet2u.com |
| thenorthfaceoutletbuy.com |
| thenorthface-outletc.us |
| thenorthfaceoutletcanada.ca |

15

| |
|---|
| thenorthfaceoutlet-e.com |
| thenorthfaceoutlet-el.com |
| thenorthfaceoutleti.com |
| thenorthfaceoutletmart.com |
| thenorthfaceoutlet-ol.com |
| thenorthfaceoutletonline.info |
| thenorthfaceoutletsale.info |
| thenorthfaceoutletshop.info |
| thenorthfaceoutletu.com |
| the-northfaceoutletu.com |
| thenorthfaceoutletusonline.com |
| thenorthfaceoutletusonline.net |
| thenorthfaceoutletvip.co.uk |
| thenorthface-s.co.uk |
| thenorthfacesale12.com |
| thenorthfaceshopping.info |
| thenorthfacestoreonline.net |
| thenorthface-ukoutlet.co.uk |
| thenorthface-vip.us |
| thenorthsface.com |
| tnfmallvip.com |
| tnfoutletstore.co.uk |
| tnfus.com |
| tnorthfacedunjakke.com |
| tnorthfacejakke.eu |
| tnorthfaceukstore.co.uk |
| topnorthfacejacketsale.com |
| topnorthfacemart.us |
| uknorthfacejacketsoutlet.com |
| uknorthfaceoutletsale.co.uk |
| uknorthfaceoutletsale.org.uk |

16

| |
|---|
| uknorthfaceoutletssale.co.uk |
| ulstyleshop.com |
| usanorthfaceoutlet.net |
| usanorthfaceoutletat.us |
| usanorthfaceoutlethot.us |
| usanorthfaceoutletin.us |
| usanorthfaceoutletonline.us |
| usanorthfaceoutlettop.us |
| vestenorthfaceparis.com |
| vestepascherenligne.com |
| vipnorthface.com |

17