# **<u>EXHIBIT 1</u>**

| Newly-Detected Domains |
|---|
| eage.at |
| in-the-city.at |
| ralphlaurenaustria.at |
| thenorthfacejacken.at |
| pureyeti.com.au |
| pattyservices-liege.be |
| ralphlaurensoldes.be |
| torfstransport.be |
| walkey.be |
| careerdays.biz |
| al3ab.ca |
| alotofauto.ca |
| bcscienceoutreach.ca |
| choicesinc.ca |
| cmhn.ca |
| electbrian.ca |
| fem-mauricie.ca |
| hlwiki.ca |
| lakevistapark.ca |
| legallion.ca |
| naturallypetite.ca |
| ooohlala.ca |
| parkette.ca |
| ralphlaurenmall.ca |
| riseto.ca |
| savemoresportstore.ca |
| smashtv.ca |

| |
|---|
| themakkon124.ca |
| themangonetwork.ca |
| vendormagazine.ca |
| coats-online.cc |
| jackets-online.cc |
| luckyshop.cc |
| newkobe10us.cc |
| ralphlaurenenligne.cc |
| thenorthfaceonline.cc |
| aaa-taxis.ch |
| adwatch.ch |
| bubu-pics.ch |
| epotech.ch |
| greenspire.ch |
| ihcbe.ch |
| ismaundpartner.ch |
| neolabel.ch |
| onetel.ch |
| ralphlaurenshop.ch |
| shoppingaktuell.ch |
| all-wholesaler.co |
| poloralph-lauren.net.co |
| ralph-lauren.net.co |
| ralphlaurenpolofrance.co |
| abintegration.co.uk |
| alanhowarth.co.uk |
| alloywheelswithtyres.co.uk |
| ansplc.co.uk |
| assuredtransport.co.uk |

| |
|---|
| astdrivingschool.co.uk |
| bluedragonclub.co.uk |
| borntocode.co.uk |
| carsecondhand.co.uk |
| ccdevelop.co.uk |
| clubxs.co.uk |
| corelog.co.uk |
| cybernetix.co.uk |
| empinghamltd.co.uk |
| facejacket.co.uk |
| gingercups.co.uk |
| harmony-dating.co.uk |
| justmull.co.uk |
| outdooronlineuk.co.uk |
| oxtoncotton.co.uk |
| pointdeal.co.uk |
| poloralphlaurensaleukstore.co.uk |
| poloralphlaurenukonlinestore.co.uk |
| polosalesuk.co.uk |
| polos-ralphlauren.co.uk |
| polosralphlaurenoutletuk.co.uk |
| polo-wales.co.uk |
| popkult.co.uk |
| presentationsystems.co.uk |
| purelywicked.co.uk |
| radioaid.co.uk |
| ragemachine.co.uk |
| ralphlaurenpoloclothessaleuk.co.uk |
| ralphlauren-saleuk.co.uk |

| |
|---|
| ralph-laurenssale.co.uk |
| ralphlaurentop.co.uk |
| splam.co.uk |
| splasharts.co.uk |
| staykintyre.co.uk |
| sunpolo.co.uk |
| surreyfoodlinks.co.uk |
| timsinclair.co.uk |
| wedsltd.co.uk |
| 0-sa.com |
| aboutfootshoes.com |
| achatvetementspascher.com |
| acheter-en-gros.com |
| ajaxlady.com |
| albelati.com |
| amommystale.com |
| animalsamples.com |
| arribafilmsllc.com |
| article3groupie.com |
| artshop-europe.com |
| artsspot.com |
| audio2swf.com |
| avrasyaicat.com |
| barbourjackor.com |
| battlebias.com |
| bernardvidal.com |
| bestbuyltd.com |
| bikinisonlinesale.com |
| billigkleidungberlin.com |

| |
|---|
| brandcitizens.com |
| buydelay.com |
| buyfacecheap.com |
| buywarmjackets.com |
| calwarriors.com |
| canadr.com |
| ccalcalanorte.com |
| celebsnark.com |
| Chakrasongs.com |
| chaquetasestienda.com |
| chaquetasoutlettienda.com |
| cheapclothesfr.com |
| cheapgros.com |
| cheapnfonline.com |
| cheapnfshipping.com |
| cheapnfshop.com |
| cheapnfstore.com |
| cheappoloralphlauren2015.com |
| cheappolorlshirts.com |
| classicparkas.com |
| clubpolo-ralphlauren.com |
| cmcapa.com |
| coatsbrandfr.com |
| coatsgoose.com |
| coatsnorth.com |
| coatspain.com |
| coatswarm.com |
| coghilldesign.com |
| colmarpiumini.com |

| |
|---|
| conradtillard.com |
| copiesflyers.com |
| cozynftopsale.com |
| cypresskayaks.com |
| dailywebscrolling.com |
| danielontour.com |
| desktopgod.com |
| deutschlandralphlaurendamen.com |
| dianahermith.com |
| dkpjdk.com |
| doudounechaudepascher.com |
| doudounemackage.com |
| doudouneskipascher.com |
| downcoatsforsale.com |
| downwearmore.com |
| durkeehoops.com |
| edulombardo.com |
| eqnextnow.com |
| ericluxracing.com |
| farmaciatiendainglesa.com |
| filmdeki.com |
| filmkafem.com |
| forestgatestud.com |
| freesusa.com |
| freethewan.com |
| funaswego.com |
| gammassu.com |
| gdwsad.com |
| gettopick.com |

| |
|---|
| giovannisosa.com |
| gohybridstuff.com |
| goosecaspretty.com |
| gotonfshop.com |
| grandbrandmall.com |
| greenlawnandmc.com |
| g-staroutletuk.com |
| gstarukonline.com |
| gulfcoastvelo.com |
| hansweiman.com |
| herenkledingkopen.com |
| hopsnlops.com |
| hotsportsale.com |
| imiqifashion.com |
| instorenf.com |
| intiars.com |
| islandhours.com |
| ispawards.com |
| iturbo1.com |
| jackasverigerea.com |
| jackenherrensnorth.com |
| jackennorthde.com |
| jacketblack.com |
| jacketgooseparkas.com |
| jakkeronlineidanmark.com |
| jakke-tilbud.com |
| johnmarkcar.com |
| jpstallard.com |
| jumboloansnewjersey.com |

| |
|---|
| justtexted.com |
| kdv5bhm.com |
| kicksmvp.com |
| kiziol.com |
| kledingoutlet2014.com |
| ladymakbet.com |
| lafeliciana.com |
| lamotorcyclefilmfest.com |
| latinlux.com |
| lawnngardentips.com |
| lederjackede.com |
| lostatski.com |
| lovefacebookstore.com |
| lovefaceoutletca.com |
| lovefacestoreca.com |
| maplefantasia.com |
| max90bags.com |
| michaeljosephfuchs.com |
| michellelecours.com |
| mi-tienda.com |
| mljakke.com |
| mmlskills.com |
| monclerdownjacketgr.com |
| monclerjasjeskopen.com |
| motoresafull.com |
| mrgslive.com |
| myaqasuite.com |
| mycatholichome.com |
| myfastdate.com |

| |
|---|
| newfree2014.com |
| newpoloralphlaurenoutlet.com |
| nfacegoods.com |
| nfcoatvip.com |
| nfjackenherrende.com |
| nfproshop.com |
| nobissalecanada.com |
| norgeralphlaurenskjorte.com |
| northafaceorg.com |
| northface2015onlinestore.com |
| northfacebookcheap.com |
| northfacebookusa.com |
| NORTHFACECLEARANCEKUTU.COM |
| northface-jacketsclearance.com |
| northfaceoutlet2015.com |
| northfacesaleoutletshop.com |
| NORTHFACESELLERS.COM |
| northfaceusastore.com |
| northfacewomensjackets.com |
| north-outlets.com |
| Nunalab.com |
| ogaslaw.com |
| onsale5.com |
| osoherbals.com |
| outdoorclothingdiscount.com |
| outdoorclubi.com |
| outletsnorth.com |
| outlets-north.com |
| outlets-ralph-lauren.com |

| |
|---|
| parkabrand.com |
| parkajascenter2015.com |
| parkatshirts2015.com |
| parkatshirtscenter.com |
| paschersdoudounemoncler.com |
| peakperformancehotsale.com |
| penisaustralia.com |
| pjsjackasverige.com |
| pjsjakkedanmark.com |
| pjsnorgeshop.com |
| polo001.com |
| polo1968.com |
| poloaustralia2015.com |
| polo-magasinpascher.com |
| poloproductos.com |
| polo--ralphlaurenoutlet.com |
| poloralphlaurenoutlet-cheap.com |
| poloralphlauren-outletstores.com |
| poloralphlaurenwholesaler.com |
| poloralphsale.com |
| poloralphtiends.com |
| polosalesuk.com |
| poloshopsau.com |
| polosralphlauren-uk.com |
| polyrel.com |
| ponypolosale.com |
| pop-fr.com |
| prenki.com |
| preresume.com |

| |
|---|
| proloinfo.com |
| protonbrush.com |
| purchasewinter.com |
| ralphlauren2outlet.com |
| ralphlaurendubai.com |
| ralphlaurenmallonline.com |
| ralphlaurennederland.com |
| ralphlauren-newyork.com |
| ralph-laurenonlines.com |
| ralphlaurenonlineshop2015.com |
| ralph-laurenonsale.com |
| ralphlaurenoutletline.com |
| ralphlaurenoutlet-storeonline.com |
| ralphlaurenoutletvogue.com |
| ralphlaurenpaschere2014.com |
| ralphlaurenpolo-onlineoutlet.com |
| ralphlaurenpolooutletonlineuk.com |
| ralphlaurenpolosoutletonline.com |
| ralph-laurenssale.com |
| ralphlaurenssingapore.com |
| ralphlaurenswiss.com |
| ralphlaurentrades.com |
| reachtheworldmovie.com |
| reajackaonline.com |
| renatolins.com |
| resto-mojo.com |
| rickrackbaby.com |
| rleurs.com |
| rlpolovip.com |

| |
|---|
| roanoketownhomes.com |
| rucksacknorthkaufen.com |
| rukcreative.com |
| runawaylines.com |
| salefacebookshop.com |
| salefacebookstore.com |
| salefaceoutletca.com |
| salefacestoreca.com |
| salewarmjackets.com |
| schoverkop.com |
| sciaiani.com |
| sellwintercoats.com |
| seoprolist.com |
| seoulsteves.com |
| sfpmc.com |
| shannonvr.com |
| shopajordan2014.com |
| shopjordans2015.com |
| shoppingcartteam.com |
| sigmaimpianti.com |
| skijacketsonlineusa.com |
| spillmovie.com |
| sportsshoesnike.com |
| staffordworx.com |
| storepoloralphlaurenfactory.com |
| super68.com |
| surveyorusa.com |
| teamrevv.com |
| teamtailwind.com |

| |
|---|
| tenium.com |
| thecoldlives.com |
| thefacegreece.com |
| thenfcoat.com |
| thenorthface.eu.com |
| thenorthface--clearance.com |
| thenorthfacefr.com |
| thenorthfaceoutletsites.com |
| thenorthfaceweb.com |
| tideoutlet.com |
| tiendasbeco.com |
| tiendasenstock.com |
| tooltuan.com |
| trailigazfr.com |
| travistymusic.com |
| tvhappyplace.com |
| urpoloshirts.com |
| usoutletonline.com |
| ventedeschemise.com |
| vestesfirefr.com |
| vesteskisoldes.com |
| vicoigift.com |
| vinterjakkeronline.com |
| voyagezvous.com |
| warmcoatsparadise.com |
| warmntfcoat.com |
| warmwintercoat.com |
| webitter.com |
| westcoastfleet.com |

| |
|---|
| westsideabc.com |
| whittleseasurf.com |
| WHOLESALEBUY2015.COM |
| wholesaleralphlauren-2015.com |
| wildgooseleys.com |
| wintercoatforsnow.com |
| wintercoatsshop.com |
| winterjackettrade.com |
| winterselling.com |
| yfssc.com |
| ralphlaurenshirts.com.au |
| ralphlaurenpolo.company |
| agentur-b.de |
| apartmentsserviced.de |
| autoabzugeben.de |
| bauenimpark.de |
| bezirkstag-sued.de |
| bgsc-wuhletal.de |
| bloguntergang.de |
| butzedaetz.de |
| culina-hohenstein.de |
| davedigital.de |
| deutschland-ralphlauren.de |
| gottfried-kloer.de |
| iit-medical.de |
| jemako-de-baumann.de |
| kirche-wiehl.de |
| krobau.de |
| mosaicoboliviano.de |

| |
|---|
| ms-therapeuten.de |
| ndt-ce2003.de |
| outdoornetz.de |
| pecha-kucha-muenchen.de |
| rainer-prewo.de |
| ralphlaurenbigpony.de |
| reiki-sensei.de |
| stiftungkoelnhandwerk.de |
| sumresult.de |
| telefonmarketingadressen.de |
| billigenorthface.dk |
| bogelunden.dk |
| findmakani.dk |
| hms-easystretch.dk |
| klindtplast.dk |
| koncertcrew.dk |
| limfjordens-perle.dk |
| northfacejakke.dk |
| northfaceskijakke.dk |
| ralphlaurenkøbenhavn.dk |
| teamsalar.dk |
| thenorthfacejakkera.dk |
| aprendevela.es |
| clothesclub.es |
| comprarralphlauren.es |
| disfracescasangel.es |
| energyradio.es |
| imaginasetenil.es |
| lessthanfour.es |

| |
|---|
| niobejoyas.es |
| northjackets.es |
| qbcertificacion.es |
| serviword.es |
| yobingocat.es |
| balticgroup.eu |
| chaquetas-espana.eu |
| ebrand-jassen.eu |
| esralphlaurenoutletpolo.eu |
| farmaclick.eu |
| golka.eu |
| markenschuhe-markt.eu |
| northfacetienda.eu |
| poloralphlaurennorgek15.eu |
| ralphlaurenoutletnorge.eu |
| ralphlaurense2015.eu |
| ralphlaurentienda.eu |
| ralphlurenhombrees.eu |
| rizzini.eu |
| wirtualnetargi.eu |
| northfaceoutletstore.eu.com |
| northfacesale.eu.com |
| clownsnase-ev.de |
| adulaire.fr |
| autoecole-ecg.fr |
| blogoo.fr |
| blogrider.fr |
| catalanvip.fr |
| ce2008clermont.fr |

| |
|---|
| codecoration.fr |
| collegedebranne.fr |
| conceptfloor.fr |
| coresinacreations.fr |
| dodue.fr |
| ecole-hellinger.fr |
| ecplus.fr |
| ecuriesdemontgaudry.fr |
| emu-tattoo.fr |
| eve-bernerd.fr |
| fr-gaming.fr |
| geefs.fr |
| jd-shop.fr |
| labelcerise.fr |
| laura-seyller.fr |
| layou-voyancegratuite.fr |
| lesptitstotems.fr |
| littlecar.fr |
| magasinralphlauren.fr |
| marynegocebtp.fr |
| obienetreonline.fr |
| photoneurope.fr |
| plaisir-anal.fr |
| polohomme7.fr |
| polosralphlaurenparis.fr |
| pullralphlauren.fr |
| ralphlauren777.fr |
| ralphlaureninc.fr |
| ralphlauren-pascher.fr |

| |
|---|
| ralphlaurenpolofrance.fr |
| ralphlaurensite.fr |
| retrofm.fr |
| sac-ralph-lauren.fr |
| shortralphlauren.fr |
| sourcews.fr |
| starlux-team.fr |
| totalannonces.fr |
| tshirtralphlauren.fr |
| vestepascher2014.fr |
| veste-ralph-lauren.fr |
| vetements-pas-cher.fr |
| yenne-lactu.fr |
| aspeda-gr.ch |
| chemise-ralph-lauren.info |
| raddrizzaturacerchiinlegaintercarmarrazzo.it |
| northclearance.in.net |
| north-face-outlet.in.net |
| northfaceoutletshop.in.net |
| north-outlet.in.net |
| thenorthface-outlet.in.net |
| doudoune-ralph-lauren.info |
| jacketsbox.info |
| jackets-buy.info |
| magasin-poloralphlauren.info |
| polo-ralph-lauren.info |
| ralph-lauren-femme.info |
| ralph-lauren-homme.info |
| soldes-ralph-lauren.info |

| |
|---|
| vetement-ralph-lauren.info |
| 3tmuriumidi.it |
| acsinuoto.it |
| anffas-prato.it |
| aquapro.it |
| betzilla.it |
| bricofacile.it |
| carmelobella.it |
| chumby.it |
| ciclotech.it |
| coloridellavita.it |
| comunicateoggi.it |
| contactmusic.it |
| coppadellapresolana.it |
| criticalmassnapoli.it |
| dailyt.it |
| dinoshop.it |
| ecofermet.it |
| fitcislemiliaromagna.it |
| foodadv.it |
| ideedisport.it |
| isolafossara.it |
| italiaralphlaurenit.it |
| itpoloralphlauren.it |
| khwcomputer.it |
| lacosteralphlauren.it |
| lookneronotte.it |
| meteoasciano.it |
| minghettilegnago.it |

| |
|---|
| oxionline.it |
| plantsplus.it |
| pmdigital.it |
| polo-ralph-lauren.it |
| prolocolesegno.it |
| protezionecivileariccia.it |
| radiondablu.it |
| ralph-laurenitalia.it |
| ralphlaurenonline.it |
| ralph-lauren-roma.it |
| ralphlaurenshoponline.it |
| sardegnameravigliosa.it |
| sciclubterrazzano.it |
| sicfiumealento.it |
| teamos2.it |
| turismobenevento.it |
| uilavellino.it |
| villafarneto.it |
| wholesale2.me |
| 0japan.net |
| achatvetementsenligne.net |
| achatvetementspascher.net |
| avendrerlpascher-fr.net |
| Doc-doc.net |
| drinkgive.net |
| ecjackets.net |
| egittophilia.net |
| itactu.net |
| kdgalaxy.net |

| |
|---|
| md4.net |
| monclerkobenhavn.net |
| monclerukjacket.net |
| nfjakker.net |
| north-faceoutlet-online.net |
| north-face-outlet-online.net |
| northfacestore.net |
| northoutlets.net |
| north-outlets.net |
| ouazzanepress.net |
| outletnorth.net |
| outletsnorth.net |
| outlets-north.net |
| outlets-ralph-lauren.net |
| penninefm.net |
| poetpeople.net |
| polosrlonsale.net |
| ralphlaurenaustraliastore.net |
| ralphlauren-polos.net |
| ralphlaurensingaporestore.net |
| ralphlaurenskjortaoutlet.net |
| ralphlaurenskjortenettbutikk.net |
| ralphlaurenukpolo.net |
| searchibuys.net |
| sitepoloralphlaurenpascher.net |
| spyderonlinejacket.net |
| thenorthfaceoutletsstore.net |
| theredpixel.net |
| today-sale.net |

| |
|---|
| uudel8.net |
| wintershoesforsale.net |
| thenorthface.net.co |
| arnmilieuscan.nl |
| brabantsblauw.nl |
| denbraberwebdesign.nl |
| discountsneakersshoes.nl |
| higrids.nl |
| indiaembassy.nl |
| ishopxl.nl |
| jeugdinternet.nl |
| kledingnederland2013.nl |
| mkb-onlinebackup.nl |
| northfacejas.nl |
| NORTHFACENEDERLAND.NL |
| papapa.nl |
| remixit.nl |
| saponem.nl |
| sportlifeamsterdam.nl |
| 2015northfaceonlinestore.org |
| acheternouveauvetements.org |
| acheteznouveauvetements.org |
| babyloss.org |
| casaidl.org |
| chaquetathenorthface.org |
| cheappolo.org |
| cheappoloralphlauren2015.org |
| comprarbaratoropas-es.org |
| franciscomosse.org |

| |
|---|
| happyjet.org |
| hoodiesonlinestore.org |
| jerseyspin.org |
| jorkzip.org |
| jrsplace.org |
| kogina.org |
| lancasteryeshiva.org |
| livefreelocal.org |
| nobisjackets.org |
| north-clearance.org |
| northface2015onlinestore.org |
| northoutlets.org |
| north-outlets.org |
| outletsnorth.org |
| outlets-north.org |
| outlets-ralph-lauren.org |
| pettigrewhc.org |
| polooutlets.org |
| poloralphlauren2015.org |
| poloralphlaurennederland.org |
| polosaleonline.org |
| ralphlaurenhemddeutschland.org |
| ralphlaurenitaliaonline.org |
| ralph-lauren-outlets.org |
| ralphlaurensingapores.org |
| ralphlaurenskjorteroutlet.org |
| sbpto.org |
| schliephake.org |
| toulouse-hanoi.org |

| |
|---|
| vestestnffrance.org |
| vintagechick.org |
| yannatrade.org |
| iwholesale2.ru |
| ositojacket.ru |
| wholesale2.ru |
| winterjackets.ru |
| 2015ralphlauren.se |
| 2015ralphlaurenstockholm.se |
| fashionyouknow.se |
| garpabikers.se |
| gogelina.se |
| missa.se |
| monoboy.se |
| ralphlauren-jacka.se |
| schwanborg.se |
| ukralphlauren.uk |
| 8aalums.us |
| akvaryum.us |
| american-visions.us |
| bedsidemanners.us |
| castinghub.us |
| chinadesign.us |
| clickhelp-usa.us |
| codedby.us |
| dreamproductions.us |
| forklifttines.us |
| gympartner.us |
| impruvshop.us |

| |
|---|
| limoairportservice.us |
| lovesunshine.us |
| mytvshow.us |
| nfvip.us |
| northfaceoutletstore.us |
| NORTHFACESHOPS.US |
| officialnorthfaceoutletshop.us |
| peakperformanceclothes.us |
| peakperformanceoutlet.us |
| peakperformanceshop.us |
| postphotos.us |
| skydivephiladelphia.us |
| spiesforhire.us |
| ssklawgroup.us |
| THENORTHFACERETAIL.US |
| thenorthfaceskijackets.us |
| thunderdog.us |
| weaponize.us |
| northfacejacketsclearance.us.com |
| northfacejacketsit.us.com |
| northfacejacketsonsale.us.com |
| northfacejacketsshop.us.com |
| northfaceoutlet.us.com |
| northfaceoutlets.us.com |
| ralphlaurenoutletonline.us.com |
| ralphlaurenoutletstore.us.com |
| ralphlaurenpolooutlet.us.com |
| thenorthface.us.com |
| thenorthfaceclearance.us.com |

| |
|---|
| thenorthfaceoutletstores.us.com |
| blackfriday-jackets.xyz |
| cg-coats-us.xyz |
| coats-us.xyz |
| jacket-online.xyz |
| thenorthfacejapan.xyz |
| northfacejapan.xyz |