| Newly-Detected Domains | Registrant Name | Registrant Email Address |
|---|---|---|
| pattyservices-liege.be | anita habets | crumblingpre@hotmail.com |
| themangonetwork.ca | | |
| vendormagazine.ca | | |
| aaa-taxis.ch | dvbdv ndkos | |
| adwatch.ch | Ulrike Giesler | |
| animalsamples.com | ChenXiaoLing | 2396419893@qq.com |
| reachtheworldmovie.com | zhang hongmei | versosens@hotmail.com |
| roanoketownhomes.com | jin zhang | rangingcor@hotmail.com |
| staffordworx.com | zhang hongxi | cutovergeo@hotmail.com |
| yfssc.com | Li yueyue | yfssc1@yeah.net |
| bauenimpark.de | Barabas Jochen | dfda158twtwh@163.com |
| bezirkstag-sued.de | balaa oidaw | wyx90713@hotmail.com |
| iit-medical.de | Quatisha Coleman | subsequentrdsz@gmail.com |
| ms-therapeuten.de | Karin Auer | soundgehduk@hotmail.com |
| ndt-ce2003.de | Marcel Gocht | zhaoshihao186@gmail.com |
| pecha-kucha-muenchen.de | Navarro Ampa | cohngvar@hotmail.co |
| bogelunden.dk | Li Ming | |
| limfjordens-perle.dk | Chen Junyi | |
| disfracescasangel.es | Yang Jianhua | huaheik@163.com |
| rizzini.eu | | wyx90713@gmail.com |
| catalanvip.fr | Yyabb Skalj | pt440btr@hotmail.com |
| coresinacreations.fr | Nadine Deremez | fffasaaa26@163.com |
| ecuriesdemontgaudry.fr | Federico Pastori | fllaoro201@yeah.net |
| layou-voyancegratuite.fr | Loiko Pojoi | wyx90713@gmail.com |
| obienetreonline.fr | Younesse Elyazidi | yui25wr45wrw@163.com |
| aquapro.it | HOUVER Christophe | |
| betzilla.it | Sandsra amasdfr | |
| carmelobella.it | Ulla Dolze | |
| dailyt.it | Theo Pape | |
| ecofermet.it | Elena Wagenblast | |
| fitcislemiliaromagna.it | Irene Mammitzsch | |
| isolafossara.it | Christophe Jaussent | |
| meteoasciano.it | Cyrielle Cann | |
| oxionline.it | Sina Doko | |
| plantsplus.it | Astrid Wurfl | |
| prolocolesegno.it | Drewer Linda | |
| protezionecivileariccia.it | vito mazz | |
| jeugdinternet.nl | | |
| papapa.nl | | |
| franciscomosse.org | ZHANG YI | 28961224@126.com |
| gogelina.se | | |
| ralphlaurenoutletstore.us.com | Domain Admin | 5487d760mvepi9dl@5225b4d0pi3627q9.whoisprivacycorp.com |
| ralphlaurenpolooutlet.us.com | WhoisGuard Protected | 57ff5e9c2b984ebf9de159ba081d189a.protect@whoisguard |
| eage.at | Elke Hessenauer | |
| ralphlaurenaustria.at | Sohibjon Narziev | |
| pureyeti.com.au | Farah Ahmad | |
| ralphlaurensoldes.be | Gael Jimmy | scowdeismoa@hotmail.com |
| torfstransport.be | Mike Wall | MikeWall1698@yeah.net |
| walkey.be | Bart Dirckx | key15287@163.com |
| careerdays.biz | John Rucker | df3koj4@163.com |
| al3ab.ca | | |
| bcscienceoutreach.ca | | |
| choicesinc.ca | | |
| electbrian.ca | | |
| hlwiki.ca | | |
| lakevistapark.ca | | |
| naturallypetite.ca | | |
| parkette.ca | | |
| ralphlaurenmall.ca | | |
| savemoresportstore.ca | | |
| themakkon124.ca | | |
| ralphlaurenenligne.cc | Naka Kate | bkylnakamue@yahoo.com |
| bubu-pics.ch | dedelili dedelili | |
| epotech.ch | dayy lias | |
| greenspire.ch | ssys iiuhh | |
| ihcbe.ch | Cristian Fabbro | |
| ismaundpartner.ch | Claudia Scholler Claudia Scholler | |

| Newly-Detected Domains | Registrant Name | Registrant Email Address |
|---|---|---|
| ralphlaurenshop.ch | Schild Daniel | |
| shoppingaktuell.ch | Lefet Jennypher | |
| poloralph-lauren.net.co | wen cheng | wdongdong0029@hotmail.com |
| ralph-lauren.net.co | chen gong | chengong531@outlook.com |
| ralphlaurenpolofrance.co | zhong yuan zheng | nai785443396@163.com |
| ansplc.co.uk | Paul Blakes | |
| bluedragonclub.co.uk | Adsm Clark | |
| cybernetix.co.uk | Paul King | |
| justmull.co.uk | Frances Ware | |
| poloralphlaurensaleukstore.co.uk | Anna Ruiqiu | |
| poloralphlaurenukonlinestore.co.uk | Anna Ruiqiu | |
| polosalesuk.co.uk | mark lin | |
| polos-ralphlauren.co.uk | Dan Thurston | |
| polosralphlaurenoutletuk.co.uk | Anna Ruiqiu | |
| polo-wales.co.uk | Adam Crowl | |
| popkult.co.uk | Felice Sansonetti | |
| ragemachine.co.uk | Paul King | |
| ralphlaurenpoloclothessaleuk.co.uk | Anna Ruiqiu | |
| ralphlauren-saleuk.co.uk | Dan Thurston | |
| ralph-laurenssale.co.uk | Luke Plant | |
| ralphlaurentop.co.uk | | |
| sunpolo.co.uk | nave pick | |
| timsinclair.co.uk | Patrycia Huczko | |
| achatvetementspascher.com | zheng shuang | 2896858324@qq.com |
| bikinisonlinesale.com | Guo chunsheng | hhursd@163.com |
| billigkleidungberlin.com | CHEN XIN | MUENSN@SINA.COM |
| cheapgros.com | kaizhu chen | xindata@163ns.com |
| cheappoloralphlauren2015.com | Dan Thurston | dt10888@126.com |
| cheappolorlshirts.com | shi wang | ronice1982@gmail.com |
| clubpolo-ralphlauren.com | apinya khamket | api.ya@gmx.com |
| deutschlandralphlaurendamen.com | Sebastian Irresbergen | charleschappell@163.com |
| durkeehoops.com | chenyunfei | snipeleg@hotmail.com |
| farmaciatiendainglesa.com | YinSi BaoHu Yi KaiQi | YuMing@YinSiBaoHu.AliYun.com |
| herenkledingkopen.com | lan xiaorong | unanfpw@163.com |
| iturbo1.com | zhanghuiyun | tippetvis@hotmail.com |
| kledingoutlet2014.com | yang xiaorong | hehejuh@163.com |
| ladymakbet.com | chenhongfei | confusekz@hotmail.com |
| mi-tienda.com | chen bap | Bbaochen123@163.com |
| newpoloralphlaurenoutlet.com | Huang LiLi Huang LiLi | registrar@mail.com.top |
| norgeralphlaurenskjorte.com | Gary Mbiriviri | garymbiriviri35@hotmail.com |
| outlets-ralph-lauren.com | Adrienne Morrison | nn3906@hotmail.com |
| polo001.com | jasion zhu | uchentson@hotmail.com |
| polo1968.com | wei lin | polo1968service@hotmail.com |
| poloaustralia2015.com | Christian Boginski | foradefysequ@yahoo.com |
| polo-magasinpascher.com | hao li | Bodfeo@163.com |
| poloproductos.com | hao li | Bodfeo@163.com |
| polo--ralphlaurenoutlet.com | WHOIStrustee.com Limited | 9cce6cfb50@polo--ralphlaurenoutlet.com.whoistrustee.com |
| poloralphlaurenoutlet-cheap.com | xinqian Rhys | dt2788803@126.com |
| poloralphlauren-outletstores.com | li cuilan | roghbnb@yahoo.com |
| poloralphlaurenwholesaler.com | SEASON LEE | SAMMULKOO@HOTMAIL.COM |
| poloralphsale.com | lin hong yue | zxcvbnmhello@hotmail.com |
| poloralphtiends.com | hao li | Bodfeo@163.com |
| polosalesuk.com | wan zhang | domain@sudu.cn |
| poloshopsau.com | wan zhang | domain@sudu.cn |
| polosralphlauren-uk.com | fei yu | window7swamp@outlook.com |
| ponypolosale.com | shi you | 1536603088@qq.com |
| pop-fr.com | zhuyongming | andykors@163.com |
| prenki.com | | prenki.com@mydomainprovider.com |
| ralphlauren2outlet.com | YANGFANG | minehoter@126.com |
| ralphlaurendubai.com | Dan Thurston | dt10888@126.com |
| ralphlaurenmallonline.com | Huang Yuelin | 754344171@qq.com |
| ralphlaurennederland.com | Ren ShiHua | 1425365793@qq.com |
| ralphlauren-newyork.com | Dan Thurston | dt10888@126.com |
| ralph-laurenonlines.com | Mo Xiaobei | gas52doctor@outlook.com |
| ralphlaurenonlineshop2015.com | Sandrine Foucault | 1053942504@qq.com |
| ralph-laurenonsale.com | Wang Yuan | budgetbar7@outlook.com |
| ralphlaurenoutletline.com | SHENLI | broklmte@aol.com |

| Newly-Detected Domains | Registrant Name | Registrant Email Address |
|---|---|---|
| ralphlaurenoutlet-storeonline.com | | |
| ralphlaurenoutletvogue.com | zu lin | 272625824@qq.com |
| ralphlaurenpaschere2014.com | li jia | unalee1127@outlook.com |
| ralphlaurenpolo-onlineoutlet.com | hao li | Bodfeo@163.com |
| ralphlaurenpolooutletonlineuk.com | xue yuan | xueyuan144@163.com |
| ralphlaurenpolosoutletonline.com | he jianyi | eicccsk@yahoo.com |
| ralph-laurenssale.com | songtao xu | work1burst@outlook.com |
| ralphlaurenssingapore.com | Dan Thurston | dt10888@126.com |
| ralphlaurenswiss.com | Ren ShiHua | 142558643@qq.com |
| ralphlaurentrades.com | Marken Ammy | tianjiuwan0325@163.com |
| renatolins.com | LinGui | pt0rl20l@hotmail.com |
| rleurs.com | linda su | jingxuan0001@gmail.com |
| rlpolovip.com | Protection Privacy | private-whois-service@rashost.cn |
| storepoloralphlaurenfactory.com | jing ben zheng | dt06888@126.com |
| tiendasenstock.com | hao li | Bodfeo@163.com |
| urpoloshirts.com | ruoling wu | chasejnwj@hotmail.com |
| usoutletonline.com | fu qian kang | 757385@qq.com |
| ventedeschemise.com | lan xiaorong | unanfpw@163.com |
| wholesaleralphlauren-2015.com | Saihua Sun | aellex1989@gmail.com |
| ralphlaurenshirts.com.au | Barb Layne | |
| ralphlaurenpolo.company | James LIN | marklin2017@126.com |
| autoabzugeben.de | Matthias Huettebraeuker | ambulantoi@hotmail.com |
| bgsc-wuhletal.de | JanetteHerrmann | mccueppdg@hotmail.com |
| butzedaetz.de | Elisa Wagner | lana69@yeah.net |
| culina-hohenstein.de | zheng yanchuan | fhujkru@163.com |
| deutschland-ralphlauren.de | Irene Kuschel | Irenekuschel362@yeah.net |
| gottfried-kloer.de | Karin Auer | soundgehduk@hotmail.com |
| jemako-de-baumann.de | Sebastian Volk | aphelionhx@hotmail.com |
| kirche-wiehl.de | Karin Massler | khanambula@hotmail.com |
| krobau.de | Carlos Noval | wellsddrm@hotmail.com |
| mosaicoboliviano.de | Sabine Ulrike Vieth | wyx90713@hotmail.com |
| ralphlaurenbigpony.de | nikolaou mahi | nikolaoumahi45@hotmail.com |
| klindtplast.dk | Xu Mei | |
| koncertcrew.dk | Chen Junyi | |
| ralphlaurenkøbenhavn.dk | Emidio Gomes | |
| clothesclub.es | | |
| comprarralphlauren.es | Iren Jahn | irenjahn128@aol.com |
| niobejoyas.es | li YiXing | punurd@163.com |
| serviword.es | | |
| balticgroup.eu | | xqh91@hotmail.com |
| esralphlaurenoutletpolo.eu | | wyx90713@hotmail.com |
| farmaclick.eu | | mauricem01@163.com |
| golka.eu | | |
| markenschuhe-markt.eu | | marcagafasdesoleu@yahoo.com |
| poloralphlaurennorgek15.eu | | wyx90713@hotmail.com |
| ralphlaurenoutletnorge.eu | Domain Manager | praetorzcjso@hotmail.com |
| ralphlaurense2015.eu | | |
| ralphlaurentienda.eu | chen congmei | 815109309@qq.com |
| ralplurenhombrees.eu | | hobertsteinman@hotmail.com |
| clownsnase-ev.de | yang xiaorong | hehejuh@163.com |
| autoecole-ecg.fr | Celia Chavand | madhousedict@yahoo.com |
| blogrider.fr | Huil Hui | chlorineerhi@gmail.com |
| ce2008clermont.fr | INTERNET-BS | AfnicRoleObject@internet.bs |
| collegedebranne.fr | Richard Lewis | dcofjva@fr-fr.in |
| conceptfloor.fr | Mark Vanhorn | dxzdpybt@fr-fr.in |
| dodue.fr | | |
| ecole-hellinger.fr | Monica Reververi | oaslkreh68@163.com |
| ecplus.fr | Walter Selzer | nic@nic.fr |
| geefs.fr | Myrtle Lighty | yqfeizw@ruobian.com |
| labelcerise.fr | Cherri Herrera | zuzdrbg@fr-fr.in |
| laura-seyller.fr | Rim Boukarra Rim Boukarra | c11455deddg@163.com |
| lesptitstotems.fr | INTERNET-BS | AfnicRoleObject@internet.bs |
| littlecar.fr | | |
| magasinralphlauren.fr | Badr Bennajam | an16380938@163.com |
| photoneurope.fr | | |
| polohomme7.fr | Vanessa Rushyizekera | po14195730@163.com |
| polosralphlaurenparis.fr | Charline Chauvin | CharliAUVIN396@yeah.net |

| Newly-Detected Domains | Registrant Name | Registrant Email Address |
|---|---|---|
| pullralphlauren.fr | Badr Bennajam | you0051565@163.com |
| ralphlauren777.fr | Natacha Ragot | de52991947@163.com |
| ralphlaureninc.fr | Lucie Gonzales | an24930726@163.com |
| ralphlauren-pascher.fr | Paige Deslauriers | unchasteine@hotmail.com |
| ralphlaurenpolofrance.fr | Coralie Yver | coralieyver61@hotmail.com |
| ralphlaurensite.fr | Alain Géry | gu54095255@163.com |
| sac-ralph-lauren.fr | Antoine Masson | xu72579568@163.com |
| shortralphlauren.fr | Kevin Mangin | yun7018227@163.com |
| tshirtralphlauren.fr | Victor Le Vannier | ye04165581@163.com |
| veste-ralph-lauren.fr | Eda Demir | weng075197@163.com |
| vetements-pas-cher.fr | | |
| aspeda-gr.ch | | |
| chemise-ralph-lauren.info | fashion store | 874202001@qq.com |
| raddrizzaturacerchiinlegaintercarmarrazzo.it | Patricia Tisserand | |
| doudoune-ralph-lauren.info | fashion store | 874202001@qq.com |
| magasin-poloralphlauren.info | fashion store | 874202001@qq.com |
| polo-ralph-lauren.info | fashion store | 874202001@qq.com |
| ralph-lauren-femme.info | fashion store | 874202001@qq.com |
| ralph-lauren-homme.info | fashion store | 874202001@qq.com |
| soldes-ralph-lauren.info | fashion store | 874202001@qq.com |
| vetement-ralph-lauren.info | fashion store | 874202001@qq.com |
| 3tmuriumidi.it | boguslaw plichta | |
| acsinuoto.it | Lena Holzbauer | |
| bricofacile.it | Dennis Wolf | |
| chumby.it | rosiane menezes | |
| coloridellavita.it | cyriel loiseleur | |
| comunicateoggi.it | Herve Ducourneau | |
| contactmusic.it | cyriel loiseleur | |
| coppadellapresolana.it | Faustin Givry | |
| dinoshop.it | Adelbrecht Najm | |
| foodadv.it | Neabert Senven | |
| ideedisport.it | | |
| italiaralphlaurenit.it | Ekhosuehi Master Edorisi | |
| itpoloralphlauren.it | Detechy Ljubice | |
| khwcomputer.it | Carole Golec | |
| lacosteralphlauren.it | nouyiman | |
| lookneronotte.it | fabienne ybert | |
| minghettilegnago.it | Sabine Caron | |
| polo-ralph-lauren.it | helen shearer-evans | |
| ralph-laurenitalia.it | Sandrine Brito | |
| ralphlaurenonline.it | | |
| ralph-lauren-roma.it | Christophe Gauthierot | |
| ralphlaurenshoponline.it | Daniel Mason | |
| sardegnameravigliosa.it | Jrondi Oumkeltoum | |
| sciclubterrazzano.it | Jorg Klein | |
| sicfiumealento.it | margot ciesielski | |
| uilavellino.it | Moncado Saschaor | |
| villafarneto.it | Neumann anke | |
| achatvetementsenligne.net | yuan quan | 2896858324@qq.com |
| achatvetementspascher.net | su chang | 2896858324@qq.com |
| avendrerlpascher-fr.net | Domain Admin | 5375e114a6965c24@privacy.everdns.com |
| outlets-ralph-lauren.net | Ramiro Ruiz | rr8123@outlook.com |
| penninefm.net | zhaohai | ponsoswmt@hotmail.com |
| polosrlonsale.net | li jun li jun | ronice1982@gmail.com |
| ralphlaurenaustraliastore.net | lu songsong | qunzou92728795@163.com |
| ralphlauren-polos.net | zhang xiaoming | 2896858324@qq.com |
| ralphlaurensingaporestore.net | zhuang wanyi | jiao24571992@163.com |
| ralphlaurenskjortaoutlet.net | jian honghui | heidou7731@163.com |
| ralphlaurenskjortenettbutikk.net | jiang yongnian | bihuang14626@163.com |
| ralphlaurenukpolo.net | shu rongcheng | mu52151401@163.com |
| sitepoloralphlaurenpascher.net | di feiying | qiangliao858068@163.com |
| denbraberwebdesign.nl | | |
| kledingnederland2013.nl | | |
| saponem.nl | | |
| acheternouveauvetements.org | liuxia xiaxia | BST0007@outlook.com |
| acheteznouveauvetements.org | xionghui huihui | BST0006@outlook.com |
| cheappolo.org | Xin Yuan | drdrebeatslover@gmail.com |

| Newly-Detected Domains | Registrant Name | Registrant Email Address |
|---|---|---|
| cheappoloralphlauren2015.org | wenben zhou | dt23888@126.com |
| comprarbaratoropas-es.org | xukeke keke | BST0011@outlook.com |
| hoodiesonlinestore.org | Guo Jiachen | feuiur@163.com |
| jorkzip.org | Liping Li | 2896451224@qq.com |
| kogina.org | jie li | 2891158324@126.com |
| outlets-ralph-lauren.org | Angela Gooljary | ii3906@hotmail.com |
| polooutlets.org | J.S.Cunningham | pearlyism@hotmail.com |
| poloralphlauren2015.org | bei ling | dt0188801@126.com |
| poloralphlaurennederland.org | xiaofeng feng | 707303142@qq.com |
| polosaleonline.org | Ludwig Rhys | dt01888@qq.com |
| ralphlaurenhemddeutschland.org | Mike Klawitter | williewatts@163.com |
| ralphlaurenitaliaonline.org | jun yan | tanzong9xia@163.com |
| ralph-lauren-outlets.org | Williams Lesa | chen3906@hotmail.com |
| ralphlaurensingapores.org | shuo wang | cityprofit54@outlook.com |
| ralphlaurenskjorteroutlet.org | hongying yi | shanba33102246@163.com |
| schliephake.org | Ryan Thayer | zhaoshihao188@gmail.com |
| 2015ralphlauren.se | | |
| 2015ralphlaurenstockholm.se | | |
| garpabikers.se | | |
| missa.se | | |
| monoboy.se | | |
| ralphlauren-jacka.se | | |
| schwanborg.se | | |
| ukralphlauren.uk | Petrisor Lupu | |
| ralphlaurenoutletonline.us.com | didier Jenna | abercrombieoutlet@hotmail.com |